IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>        Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON MAR/25/2019 |
|---|---|

ORDER CONFIRMING PLAN

    As per the court's order at Docket No. 62, the Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by debtor on October 26, 2018 at Docket No. 34, as supplemented at Docket No. 60, having been transmitted to creditors and equity security holders; and

    It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129 have been satisfied;

    IT IS ORDERED THAT:

    The plan filed by debtor dated October 26, 2018 at Docket No. 34 as supplemented at Docket No. 60 is hereby confirmed.

    The debtor shall give notice of this order and the confirmed plan to all parties in interest.

    IT IS SO ORDERED.

    In Ponce, Puerto Rico, this 25 day of March, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge