IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>Debtor(s) | CASE NO. 18-02044-EAG<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON FEB/19/2020 |

ORDER

On March 25, 2019 the court entered an order confirming the chapter 11 plan. A review of the docket in this case shows that there are no pending contested matters or adversary proceedings. PR LBR 3022-1(a) requires that the plan proponent of a chapter 11 plan files an application for a final decree within ninety (90) days from the confirmation date or a report under PR LBR 2015-2(b), which includes "(5) an estimated date when the application for final decree will be filed with the court." The debtor, as plan proponent, has failed to comply with PR LBR 3022-1(a). In view of the foregoing, the court hereby orders the debtor to show cause within twenty-one (21) days as to why sanctions should not be imposed, including the dismissal of the case pursuant to 11 U.S.C. § 1112(b)(4). Order due by March 11, 2020.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 19 day of February, 2020.

*Edward A. Godoy*
United States Bankruptcy Judge