**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MIRNA IRIS RIVERA ORTIZ**<br>**aka MYRNA IRIS RIVERA ORTIZ**<br><br>xxx–xx–7358<br>xxx–xx–8735<br><br>Debtor(s) | Case No. **18–02044 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 6/19/20 |

***ORDER***

The motion filed by Debtor requesting extension of time of sixty (60) days to complete the plan and file a final decree (docket #107) is hereby granted. Order due by August 17, 2020.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, June 19, 2020 .

Edward A. Godoy
United States Bankruptcy Judge