# ESTUDIO DE TITULO

## SOLICITA: ENRIQUE RODRIGUEZ NARVAEZ

**FINCA NUMERO: 11592** inscrita al folio 157 del tomo 459(Agora) de Guayama, inscripción 5ta. del Registro de la Propiedad de Guayama

## DESCRIPCION: tomada de la inscripción 5ta.

—URBANA: Parcela de terreno, radicada en el Barrio Machete del municipio de Guayama, Puerto Rico, identificada en el plano de mensura con el número Dos Romano (II), con una cabida superficial de 4 cuerdas con 1914 de otra (4.1914) equivalente a 16,473.4839 metros cuadrados. En lindes por el NORTE, con la carretera estatal número 54(PR-54 Desvió Sur) y la parcela AA dedicada a uso público para calle de acceso en alineación recta; por el SUR, con la calle municipal de la Urbanización Valles de Guayama, por el ESTE, con la parcela segregada B-6, y por el OESTE, con el límite de la servidumbre de Ferrocarril Aguirre y Urbanización Valles de Guayama en dos alineaciones.

Que de esta finca que originalmente era de 10.7668 cuerdas se han segregado las siguientes:

1. Segregado de esta finca una parcela marcada con el número A-5, con cabida de 3,930.4149 mc equivalentes a 1.00 cda. Inscrita al folio 134 del tomo 459 de Guayama, finca #16671. Según el caso 99-71-B-762-PPI de fecha 2 de noviembre de 1999 de ARPE, quedando archivado el plano #1986 y se enmienda la resolución de fecha 17 de mayo de 1999, anula el plano de inscripcion aprobado en igual fecha y aprueba el plano de inscripcion sustituto sometido y hace constar que la forma física del lote A-5 es de 3,930.4149 mc, equivalentes a 1.00 cda como allí se indica y se mantiene inalterada su cabida. A 13 de febrero de 2004
2. Segregados los solares A-3; A-4 y AA, con cabidas de 3,927.5414 mc/; 2,108.7505 m/c; y 5,420.1678 m/c la cual será dedicada para uso público, inscritos a los folios 185, 186 y 187 del tomo 464 de Guayama, fincas #17333; 17334 y 17335. Según el caso 99-71-F-043-PPI de fecha 14 de diciembre de 1999 de ARPE, plano #2314, y según el caso 71-420-071-463-32-000 de fecha 21 de

febrero de 2001 de ARPE, plano #2314-A A 28 de enero del 2005.

3. Segregados dos solares A-1 y A-2 con cabidas de 3,930.3240 m/c equivalente a 1.00 cda y 2,625.4652 m/c, equivalente a 0.6679 cda. inscritos a los folios 178 y 179 del tomo 478 fincas #18336 y 18337 a favor de Enrique Rodriguez Narváez y Myrna Iris Rivera Ortiz, según el caso #04LI7-00000-01704 de ARPE, plano #2533 A 21 de octubre de 2009

4. Segregado un solar con cabida de 3,901.6084 mc equivalente a 0.9927 cda a favor de Enrique Rodriguez Narváez y Myrna Iris Rivera Ortiz, al folio 180 del tomo 478 de Guayama, finca #18338, según el caso #06SF4-00000-2542 de ARPE, plano #2534. A 22 de octubre de 2009

Manifiestan que luego de descontadas las segregaciones que se relacionan la finca resulto con el remanente antes descrito, según la escritura #31 otorgada en San Juan, el 15 de noviembre de 2006 ante el notario Arnaldo Sánchez Recio, a 21 de octubre de 2009 117/629

**ORIGEN:**—Se forma por segregación de la finca inscrita al folio 45 del tomo 236 de Guayama, finca #6516 (plano 935)

—**TITULARES:**

Inscrita esta finca a favor de los esposos ENRIQUE RODRIGUEZ NARVAEZ Y MYRNA IRIS RIVERA ORTIZ, quienes adquieren por compra a Banco Central Corporation en $200,000.00. Según escritura #156 otorgada en San Juan, el 12 de diciembre de 1986 ante el notario William A. Power, inscrita al folio 193 del tomo 344 de Guayama, inscripción 1ra.

OBSERVACION EN TOMO KARIBE ANOTACION "A" DICE JOSE ENRIQUE RODRIGUEZ NARVAEZ y MYRNA IRIS RIVERA ORTIZ

**CARGAS Y GRAVAMENES:**

—Por su procedencia: a servidumbre a favor del Municipio de Guayama, Autoridad de las Fuentes Fluviales, Puerto Rico Telephone Company, de paso a favor de la Autoridad de Acueductos y Alcantarillados y Central Machete

---Condiciones Restrictivas sobre esta finca como predio sirviente y otra finca y a favor de la finca #18338 como predio dominante, según la escritura #28 otorgada en San Juan, el 4 de diciembre de 2006 ante el notario Arnaldo Villamil, inscrita al folio 157 del tomo 459 de Guayama, inscripción 6ta  591/629

---Servidumbre para el paso de tubería sanitaria a favor de Estancias Dulce Sueno, Inc. parcela #3 y parcela #4, la cual será cedida posteriormente a la AAA, con una cabida la parcela #3 de 352.54 m/c y la parcela #4 de 48.99 m/c, según la escritura #33 otorgada en Guayama, el 19 de marzo de 2008 ante el notario Iván Alonso Costa, inscrita mediante asiento abreviado presentado al asiento 234 del diario 635 del 25 de marzo de 2008 inscripcion 7ma. al folio 157 del tomo 459 de Guayama. Inscrito en virtud de la Ley para Agilizar el Registro de la Propiedad 2010, a 9 de febrero de 2012.

Revisados:**REGISTRO EMBARGOS ESTATALES; SENTENCIAS, CONTRIBUCIONES FEDERALES, LEY #12, REGISTROS DEL CRIM, BITACORA ELECTRONICA, SISTEMA AGORA Y SISTEMA KARIBE.**

*Aparece anotado en el Registro de Sentencia #9 Folio 1 Orden 2: Demandante; Miguel Vázquez Reyes, ET Als vs. Enrique Rodriguez Narvaez, ET ALS, demandado, fecha presentado 8 de julio de 2015 principal $92,200.00 al 4.25% costas $5,000.00 caso GCD-2008-0229 Tribunal Superior, sala de Guayama, fecha de la sentencia 27 de marzo de 2013 sobre cobro de dinero y daños*

*Anotacion de Embargo "A": Es objeto de esta anotación, embargo por la suma de $85,000.00, seguida por López Enterprises(antes VCI), demanante,vs. Enrique Rodriguez Narváez, Myrna Iris Rivera Ortiz y la sociedad legal de bienes gananciales por ambos compuesta, Jane Doe, John Doe,demandados. Sentencia expedida por el Tribunal de Primera Instancia, sala de Guayama, en el caso GCD-2009-0153 sobre Cobro de Dinero Incumplimiento de Cotrato Daños y de fecha 1 de abril de 2011, presentada el 16 de diciembre del 2014, al asiento 1277-659 e inscrita mediante el sistema digital karibe del tomo karibe de Guayama, finca #11592, firmada electronicamente por Isamel L Purcel Soler, el 12 de junio del 2019.*

## DOCUMENTOS PRESENTADO

*Al asiento 632 del diario 660 de fecha 27 de febrero de 2015 Anotación de Sentencia en el caso GCD-2009-0153 de fecha 24 de febrero de 2014 para que se inscriba a favor de López Enterprises, sobre la cabida de 6.8519 cdas equivalente a*

26,930.8815 MTS. cdas. Por la suma de $625,000.00

A 9 de junio del 2020

"*ADVERTENCIA*": *Las Secciones del Registro de la Propiedad están computadorizadas por el nuevo sistema identificado como Karibe, mediante el cual se digitalizaron los tomos históricos que contienen los datos relacionados con las fincas inscritas y con los documentos presentados y pendientes de inscripción. Desde el 25 de abril de 2016, el Departamento de Justicia descontinuó los sistemas Toolkit y Ágora utilizados anteriormente en la preparación de los estudios de títulos y otros documentos. Adicional a esto, los embargos federales y estatales, ahora son entrados y provistos directamente por la Oficina Central del Registro de la Propiedad en el Departamento de Justicia sin poder corroborarlos en los libros de control. No somos responsables por errores que puedan resultar en este estudio debido a los errores y/u omisiones del Registro y/o sus empleados, al depositar los datos en esta bitácora.*

Maribet Ramos Vazquez   787-313-1910 787-864-1890   Apartado 975, GUAYAMA, PR 00785

email: maribetramos@gmail.com



*Investigadora de Título de Propiedad*




ESTE, con límites servidumbre para Urbanización Valles de Guayama y por el OESTE, con el límite de la servidumbre del Ferrocarril Aguirre y Urbanización Valles de Guayama en dos (2) alineaciones.----------------------------------------

---TERCERO: Manifiestan los comparecientes que con la aprobación expresa de la oficina de Administración de Reglamentos y Permisos de Ponce, mediante Resoluciones expedidas y números de casos enumerados más adelante, se hicieron las siguientes segregaciones:---------------------------------------------

| Detalle de la Segregación | Cabida | Fecha | Númeo del Caso |
|---|---|---|---|
| Solar A-1 | 1.0000 cda. | 5/13/2004 | 047L17-00000-01704 |
| Solar A-2 | 0.6679 cda. | 5/13/2004 | 047L17-00000-01704 |
| Solar A-3 | 0.9993 cda. | 12/14/1999 | 99-71-F-043-PPI |
| Solar A-4 | 0.5365 cda. | 2/21/2001 | 01L17-00000-01060 |
| Solar B-6 | 0.9926 cda. | 10/19/2006 | 065F4-00000-2542 |
| Calle A-A | 1.3790 cda. | 2/21/2001 | 047L17-00000-2542 |

---CUARTO: Después de segregadas las parcelas enumeradas y descritas en el párrafo Tercero de esta escritura, de la finca principal de la cual se segregaron las parcelas antes mencionadas, quedan dos (2) remanentes según se indica en el Plano de Mensura e Inscripción que se hace formar parte de esta escritura (Exhibit I) con las siguientes descripciones:==================================

---REMANENTE 1: Parcela de terreno radicada en el Barrio Machete del Municipio de Guayama, Puerto Rico, identificada en el plano de mensura con el número R-Uno (R-1) o **Remanente – 1**, con una cabida superficial de Dos Mil Seiscientos Veintisiete punto Quinientos Cuarenta y uno metros cuadrados (2,627.0541 m/c), en lindes por el NORTE, con la Calle "A-A" dedicada a uso público para calle de acceso y el Solar A-Tres (A-3); por el SUR, con límites Urbanización Valles de Guayama en varias alineaciones; por el ESTE, con la Carretera Municipal número _____; por el OESTE, con Solar A-Dos (A-2) del mismo proyecto. ---------------------------------------------------------

---REMANENTE 2: Parcela de terreno radicada en el Barrio Machete del Municipio de Guayama, Puerto Rico, identificada en el plano de mensura con el número R-Dos (R-2) o **Remanente – 2**, con una cabida superficial de Trece Mil Ochocientos Cuarenta y Cinco punto Cinco Mil Doscientos Veintiocho metros cuadrados (13,845.5228 m/c), en lindes por el NORTE, con el borde de acera del