*CARLOS R. GARCIA VELEZ*
*#21 Avenida Los Veteranos*
*Guayama, Puerto Rico 00784*

Tel. (787)866-9595

Cel.(787)553-2595

11 de agosto de 2020

Sr. Enrique Rodríguez Narváez
P.O. Box 912
Guayama, P.R. 00785

Re: **Oferta de Compra de Terreno**

Estimado Sr. Rodríguez:

Mediante esta comunicación, tengo a bien hacerle formalmente la oferta de compra que en el día de hoy le hiciera personalmente para la compra del remanente de terreno de 2,627 metros cuadrados que usted posee y que esta localizado en la carretera PR-54 colindando con el Residencial público.

Mi oferta es de $190,000 es pagadera al momento de firmar las escrituras, una vez dicho lote o remanente sea segregado e inscrito en el Registro de la Propiedad.

Las contribuciones sobre la propiedad deberán estar al día al momento de la venta y los gastos legales y de inscripción serán pagados por cada una de las partes envueltas en la transacción de acuerdo a la Leyes notariales existentes al momento de la compraventa.

Agradeceré me informe lo más pronto posible su decisión al respecto para proceder a hacer las gestiones necesarias para la compra.

Cordialmente,

Carlos R. García Vélez