

ESTADO LIBRE ASOCIADO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

### ESTADO DE CUENTA /STATEMENT OF ACCOUNT

Fecha Impresion: 26/08/2020
Hora Impresion: 11:42:33AM

Fecha de Intereses/Descuento
Int/Disc Date:26/08/2020

Certificate # 13263110

Número de Catastro (Pin Number): 420-071-463-32-000
Número de Prestamo (Loan Number):
HIP MTG ID:
Municipio (Municipality): 71

| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|
| Grand Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total Adeudado Al CRIM / Total Due to CRIM: 0.00

Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.

Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.

**Direccion Postal / Postal Address**
RODRIGUEZ NARVAEZ ENRIQUE

PO BOX 912
GUAYAMA PR 00785-0912

**Localización de la Propiedad / (Property Location)**

. BO PUEBLO

GUAYAMA