IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-02044-EAG11 |
| ENRIQUE RODRIGUEZ NARVAEZ | Chapter 11 |
| MIRNA IRIS RIVERA ORTIZ | |
| xx-xx-7358 | |
| xx-xx-8735 | |
| Debtor(s) | FILED & ENTERED ON DEC/21/2020 |

ORDER

Debtors' Motion to Sell Property Free and Clear of Liens under Section 363(f) (docket #130) is hereby granted and the order entered at docket #135 becomes moot, due to the filing of the amended motion to sell at docket #130.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 21 day of December, 2020.

Edward A. Godoy
United States Bankruptcy Judge