**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN RE: | |
|---|---|
| ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ | CASE NO. 18-02044 EAG<br><br>CHAPTER 11 |
| DEBTORS | |

**MOTION TO SUBMIT OPERATING REPORT**
**FOR THE PERIOD OF JANUARY 2021**

**TO THE HONORABLE COURT:**

**COMES NOW** Debtors through the undersigned attorney and respectfully requests and prays for the following:

1.  On April 16, 2018, Debtor, Enrique Rodríguez Narvaez and Mirna Iris Rivera Ortiz, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code which the plan was confirmed.

2.  Through this motion, Debtors submits the Monthly Operating Report ("MOR") for the period of January 2021 in compliance with P.R. LBR 2015-2 (a).

3.  Debtors request for this Honorable Court to take notice of the above mentioned operating report.

**WHEREFORE,** Debtors prays for this Honorable Court to note the filing of the instant report, with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that this motion has been electronically filed using CM/ECF system and that a copy of the same was forwarded to the office of the U.S. Trustee and all other parties in interest.

In Caguas, Puerto Rico, this February 16th, 2021

**OFICINA LEGAL VICTOR GRATACÓS DIAZ**
P.O. BOX 7571
CAGUAS, PR 00726
P: (787) 746-4772
F: (787) 746-3633
E: bankruptcy@gratacoslaw.com

*/s Victor Gratacós Díaz (*127906)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____
### _____ DIVISION

IN RE: ENRIQUE RODRIGUEZ NARVAEZ
MYRNA I. RIVERA ORTIZ

DEBTOR.

CASE NUMBER: 18-02044 EAG 11

JUDGE EDUARDO A. GODOY

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM JANUARY 01 TO JANUARY 31, 2021

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

_Attorney for Debtor_

Debtor's Address
and Phone Number:
P.O. BOX 912
GUAYAMA, P.R. 00785
Tel. (787) 486-7865

Attorney's Address
and Phone Number:
Lic. VICTOR GRATACOS
_____
Bar No. _____
Tel. (787) 247-4630

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

ENRIQUE RODRÍGUEZ NARVÁEZ
## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

JANUARY 2021

|  | Month JANUARY | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $115,745.12 | — |
| | | |
| **CASH RECEIPTS** | | |
| ~~Salary or Cash from Business~~ RENT | 2,281.32 | 100,625.73 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| ~~Alimony or Child Support~~ INSURANCE REFUND | — | 19,339.89 |
| Social Security/Pension/Retirement | 1,739.00 | 57,079.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) REAL ESTATE DEPOSIT | — | 100,000.00 |
| COVID 19 FEDERAL HELP | 1,200.00 | 3,600.00 |
| **TOTAL RECEIPTS** | 5,220.32 | 280,041.62 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | 18.00 | 518.95 |
| ~~Gifts~~ OFFICE SUPPLIES | — | 761.03 |
| Household Expenses/Food/Clothing | 473.01 | 21,683.93 |
| Household Repairs & Maintenance | 1,438.12 | 21,865.88 |
| Insurance | 160.74 | 9,766.48 |
| IRA Contribution | | |
| Lease Rent Payments | | 507.75 |
| Medical/Dental Payments | | 1,153.14 |
| Mortgage Payment(s) | 1,395.26 | 32,690.26 |
| Other Secured Payments | | |
| ~~Taxes - Personal Property~~ INCOME TAX | — | 944.00 |
| Taxes - Real Estate | | 1,655.79 |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 132.65 | 7,532.21 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 663.05 | 17,718.01 |
| Vehicle Expenses | 763.39 | 12,263.82 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 650.00 | 4,878.07 |
| Professional Fees (Legal, Accounting) | 1,750.00 | 4,650.00 |
| Other (attach schedule) GASTOS DE CORREO | | 541.13 |
| ENGINEERING SERVICES | | 13,900.00 |
| BANK CHARGES | | 26.00 |
| LEGAL SERVICES | 20.00 | 16,820.00 |
| **Total Household Disbursements** | 7,464.22 | 169,276.47 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $113,501.22 | — |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ENRIQUE RODRIGUEZ NARVAEZ
Case Number: 18-02044-EAG11

2021

Note: The information requested below is a summary of the information reported in the various Schedules and Attachments contained within this report

|  | Month JANUARY | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $115,745.12 | — |
| CASH- Beginning of Month (Business) | — | — |
| Total Household Receipts | $5,220.32 | 280,042.12 |
| Total Business Receipts | — | — |
| **Total Receipts** | $5,220.32 | 280,042.12 |
| Total Household Disbursements | $7,464.22 | 169,979.28 |
| Total Business Disbursements | — | — |
| **Total Disbursements** | $7,464.22 | 169,979.28 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($2,243.90) | 110,062.84 |
| CASH- End of Month (Individual) | $113,501.22 | — |
| CASH- End of Month (Business) | — | — |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $7,464.22 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e. Salary Paid to Debtor or Owner's Draw) | — | — |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $7,464.22 | — |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

15 FEBRUARY, 2021

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or rela | | ✓ |
| 4. -petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real a [   ] l property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| PACKAGE PERSONAL | MARCH | N/A | 0 |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

NONE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: MARCH 2019

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

ENRIQUE RODRIGUEZ NARVAEZ
BANK ACCOUNT RECONCILIATIONS
CASE No. 18-02044 EAG11

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | POPULAR | BANK OF | AMERICA | |
| Account Number: | 5324 | 48370 | 43422 | |
| Purpose of Account (Business/Personal) | PERSONAL | PERSONAL | PERSONAL | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | SAVING | |
| 1. Balance per Bank Statement | $ 114,866.85 | $ 2,801.15 | $ 802.23 | |
| 2. ADD. Deposits not credited (attach list to this report) | — | 823.21 | — | |
| 3. SUBTRACT: Outstanding Checks (attach list) (A) | (1,365.63) | — | .01 | |
| 4. Other Reconciling Items (attach list to this report) (B) | — | (1,750.00) | 1,750.00 | |
| 5. Month End Balance (Must Agree with Books) | $ 113,501.22 | 1,874.36 | 2,552.22 | |
| TOTAL OF ALL ACCOUNTS | | | | $117,927.80 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

OUTSTANDING CHECKS -

| CHECK No. | DATE | PAYEE | AMOUNT | REMARKS |
|---|---|---|---|---|
| 459 | 1/08/21 | Select Portfolio Serv. | $ 697.63 | Mortgage Payment |
| 461 | 1/25/21 | Multiple Esclerosis | 18.00 | Donativo |
| 462 | 1/25/21 | U.S. Trustee | 650.00 | Trustee Fee |
| | | | $1,365.63 | |

(A)

(B) Interaccounts transfers.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

Enrique Rodríguez Narváez
CASH DISBURSEMENTS DETAILS - HOUSEHOLD

January 2021

| Name of Bank | BANCO POPULAR |
|---|---|
| Account Number | 5324 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 457 | 1/4/21 | LIC. EDWIN GONZALEZ | PREPARAR AFFIDAVIT | 20.00 |
| 458 | 1/02/21 | EMBAJADA DIGITAL LLC | ESTUDIO DE MERCADO | 1,750.00 |
| 459 | 1-8-21 | SELECT PORTFOLIO SERV | MORTGAGE PAYMENT | 697.63 |
| 460 | 1-23 | JOSE A. MORALES | PAGAR SERVICIO MECANICA | 273.50 |
| 461 | 1-25 | MULTIPLE ESCLEROSIS | DONATIVO | 18.00 |
| 462 | 1-25 | U.S. TRUSTEE | TRUSTEE FEE | 650.00 |
| ATH | 1-04 | WALMART SUPERCENTER | COMPRA ALIMENTOS HOGAR | 77.09 |
| ATH | | WAL-MART | COMPRA CARNES | 94.30 |
| ATH | | SUPERMERCADO PUEBLO | COMPRA ALIMENTOS | 50.07 |
| ATH | 1-04 | OLIMPIC SERVICE STAT | AUTO GAS | 40.00 |
| | 1-04 | BRIGHT HOUSE NET | CABLE TV | 4.99 |
| | 1-04 | T-MOBILE | CELL PHONES BILL | 103.00 |
| | 1-05 | WALMART SUPER CENTER | COMPRA PINTURA | 55.57 |
| | 1-07 | MEGA GAS STAT. | GAS AUTO | 31.12 |
| | 1-07 | GLOBE LIFE INS. | SEGURO VIDA ENRIQUE | 72.55 |
| | 1-07 | WESTGATE RESORTS | MAINTENANCE FEE | 1,130.00 |
| | 1-08 | ONE STOP AUTO SERV | AUTO INSPECTION | 47.30 |
| | 1-11 | PUMA PASEO PUEBLO | GAS AUTO & MARBETE | 100.00 |
| | 1-11 | WALMART SUPER CENTER | COMPRA | 114.99 |
| | 1-12 | USPS GUAYAMA | PURIFICADOR AIRE HONDA | 214.28 |
| | 1-12 | CITY OF PALM COAST | WATER AND WASTE BILL | 75.36 |
| | 1-14 | GLOBE LIFE INS. | SEGURO VIDA MYRNA | 59.29 |
| | 1-15 | CASA EMILIO | LUNCH WITH ATTORNEYS | 132.65 |
| | 1-19 | SUPERMERCADO SELECTO | COMPRA ALIMENTOS | 28.28 |
| | 1-19 | CLARO | PAGO INTERNET SERVICE | 38.91 |
| | 1-19 | WALMART | COMIDA DE PERROS | 51.50 |
| | 1-19 | SUPERMERCADO PLAZA | COMPRA DETERGENTES | 56.76 |
| | 1-19 | DIRECT TV | TV SERVICE | 54.13 |
| | 1-20 | AMAZON MARKET PLACE | PIEZAS DE AUTO | 86.62 |
| | 1-21 | WALMART SUPER CENTER | COMPRA GRASS TRIMMER | 140.79 |
| | 1-21 | SP SERVICING | MORTGAGE PAYMENT | 697.63 |
| | 1-25 | TRIPLE S VIDA | SEGURO DE CANCER | 28.90 |
| | 1-26 | FLORIDA POWER & LIGHT | ELECTRIC SERVICE | 62.32 |
| ATH | 1-27 | AEE GUAYAMA | SERVICIO DECEMBER AND JAN | 324.34 |
| ATH | 1-29 | WALMART SUPER CENTER | COMPRA ABONOS Y FERTILIZANTE | 111.76 |
| ATH | 1-29 | PUMA VILLA BLANCA | GAS AUTO | 30.00 |
| | | | **TOTAL** | **$7,464.22** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

None



## Estado Bancario

Desde: 01 de enero de 2021
Hasta: 29 de enero de 2021

ENRIQUE RODRIGUEZ NARVAEZ DIP
CASE NUMBER 15 06277 EAG11
PO BOX 912
GUAYAMA PR 00785-0912

BANKRUPTCY COURT

Página 1
Número de Cuenta
324

ENRIQUE RODRIGUEZ NARVAEZ DIP

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $115,960.12 |
| 04 Depósitos + | 5,220.32 |
| 35 Retiros - | 6,313.59 |
| Cargos por Servicios - | 0.00 |
| **Balance Final** | **$114,866.85** |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener Información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y servicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

Balance Inicial $115,960.12

### Depósitos

#### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad | |
|---|---|---|---|---|
| 01-04 | 4001136383 | Depósito Xxxxxx0308 PR Site Deve6518 Payment | 2,281.32 | — Renta Cell Phone Tower |
| 01-13 | 8003398793 | Depósito Xxx-xx-8735 Ssa Treas 310 Xxsoc Sec | 552.00 | — FICA Myrna |
| 01-20 | 19007506841 | Depósito Xxxxxx0752 Dept de Hacienda Xxelp2fase | 1,200.00 | — COVID 19 FEDERAL HELP |
| 01-20 | 14005825376 | Depósito Xxx-xx-7358 Ssa Treas 310 Xxsoc Sec | 1,187.00 | — FICA ENRIQUE |
| | | 04 Total de otros depósitos | 5,220.32 | |
| | | 04 Total de depósitos | $5,220.32 | |

### Retiros

#### Cheques Pagados

— OPERATION SMILE

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad | |
|---|---|---|---|---|---|---|---|---|
| 00453 | 01-06 | 501023277 | 15.00 | 00458 | 01-11 | 500094076 | 1,750.00 | — EMBAJADA DIGITAL |
| 00456 | 01-13 | 501012364 | 200.00 | 00460 | 01-25 | 500140113 | 213.50 | — JOSE MORALES |
| 00457 | 01-12 | 500120651 | 20.00 | | | | | |
| | | | | 05 Cheques Pagados | | | $2,198.50 | |

— JOSE ACOSTA
— Lic. EDWIN GONZALEZ



**BANCO POPULAR.**

Desde:
01 de enero de 2021

Hasta:
29 de enero de 2021

BANKRUPTCY COURT

Página 2

Número de Cuenta
5324

ENRIQUE RODRIGUEZ NARVAEZ DIP

## Retiros (continuación)

*Otros Débitos*

| Fecha | Referencia | Descripción | Cantidad | Nota |
|---|---|---|---|---|
| 01-04 | | Pago 01-02 4570 Wm Supercenter # Guayamalll | 77.09 | COMPRA ALIMENTOS |
| 01-04 | | Pago 01-03 4570 Wal-mart #3691 Guayama | 94.32 | COMPRA ARTICULOS HOGAR |
| 01-04 | | Pago 01-03 4570 Pueblo 960 Arroyo Sl Arroyo | 50.07 | COMPRA CARNES |
| 01-04 | | Pago 01-04 4570 Olympic Service Station Guayama | 40.00 | GAS AUTO |
| 01-04 | 4000932571 | Pago Xxxxxx5698 Bright House Net Cable TV | 4.99 | CABLE TV |
| 01-04 | 4000933060 | Pago Xxxxxx8338 T-mobile PCS Svc | 103.00 | RENTAL y PAGOS CELULARES |
| 01-05 | | Pago 01-04 4570 Wal-mart Super Cguayama 301guayama | 55.57 | COMPRA PINTURA |
| 01-07 | | Pago 01-07 4570 Mega Gas Stat Guayama 5 Guayama | 31.12 | GAS AUTO |
| 01-07 | 6002400197 | Pago Xxxxxx0121 Globe Life Ins Ins. Prem | 72.55 | SEGURO DE VIDA ENRIQUE |
| 01-07 | 7002645888 | Pago Xxxxxx4703 Westgate Resorts Maint Tax | 1,130.00 | MAINTENANCE FEES |
| 01-08 | | Pago 01-08 4570 One Stop Auto Se San Vi Guayama | 47.30 | INSPECCION AUTO |
| 01-11 | 0111000 | Retiro ATH 01-09 7322 Puma Paseo Pueblo Guayama BPPR | 100.00 | COMPRA MARBETE |
| 01-11 | | Pago 01-09 4570 Wal-mart Super Cguayama 604guayama | 114.99 | COMPRA ALIMENTOS |
| 01-12 | | Pago 01-12 4570 Usps Po 42396007 151 Ca Guayama | 214.85 | COMPRA PURIFICADOR AUTO |
| 01-12 | 12004357078 | Pago Xxxxxx6500 City-palm-coast Util-pmnts | 75.36 | AGUA PALM COAST |
| 01-14 | 13004969902 | Pago Xxxxxx0121 Globe Life Ins Ins. Prem | 59.29 | SEGURO VIDA MYRNA |
| 01-15 | | Pago 01-15 4570 Casa Emilio San Juan | 132.65 | ALMUERZO CON LIC. RIVERA Y JUAN VAZQUEZ |
| 01-19 | | Pago 01-16 4570 Supermercados Selectos Guayama | 28.28 | COMPRA |
| 01-19 | | Pago 01-18 4570 Claro K Guaynabo | 38.91 | SERVICIO INTERNET |
| 01-19 | | Pago 01-18 2209 Wal-mart #2072 Guayama | 51.50 | COMPRA COMIDA DE PERROS |
| 01-19 | | Pago 01-18 2209 Plaza Tu Supermercado a Arroyo | 56.76 | COMPRA DETERGENTES |
| 01-19 | 19007042357 | Pago Xxxxxx0001 7765200directv0f 7877765200 | 54.13 | DIRECT TV SERVICE |
| 01-20 | 20007928097 | Pago Xxxxxx2134 Amazon Marketpla Internet | 86.62 | COMPRA PIEZAS AUTO |
| 01-21 | | Pago 01-21 4570 Wal-mart Super Cguayama 561guayama | 140.79 | COMPRA TRIMMER |
| 01-21 | 21008805351 | Pago Xxxxxx0459 Sp Servicing Mrtg Pmt | 697.63 | MORTGAGE PAYMENT |
| 01-25 | 22009571840 | Pago Xxxxxx3541 Triple-s Vida Dirdeb | 28.90 | SEGURO CANCEL |
| 01-26 | 25010492063 | Pago 7599700494 Ppda Fpl Direct Debit Elec PYMT | 62.32 | ELECTRIC SERVICE PALM COAST |


# BANCO POPULAR.

Desde: 01 de enero de 2021
Hasta: 29 de enero de 2021

BANKRUPTCY COURT

Página 3
Número de Cuenta
5324

ENRIQUE RODRIGUEZ NARVAEZ DIP

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 01-27 | | Pago 01-27 4570<br>AEE 55 Guayama Cobros Guayama | 324.34 |
| 01-29 | | Pago 01-28 4570<br>Wal-mart Super Cguayama 729guayama | 111.76 |
| 01-29 | | Pago 01-29 4570<br>Puma Villa Blanca Caguas | 30.00 |
| | | 30 Total de otros retiros | $4,115.09 |
| | | 35 Total de retiros | $6,313.59 |
| | | **Balance Final** | **$114,866.85** |

*Handwritten note: SERVICIO ELECT. DEC & JAN. COMPRA ABONOS y FERTILIZ. GAS AUTO*

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 01-04 | 117,871.97 | 117,871.97 | 01-19 | 114,175.71 | 114,175.71 |
| 01-05 | 117,816.40 | 117,816.40 | 01-20 | 116,476.09 | 116,476.09 |
| 01-06 | 117,801.40 | 117,801.40 | 01-21 | 115,637.67 | 115,637.67 |
| 01-07 | 116,567.73 | 116,567.73 | 01-22 | 115,637.67 | 115,637.67 |
| 01-08 | 116,520.43 | 116,520.43 | 01-25 | 115,395.27 | 115,395.27 |
| 01-11 | 114,555.44 | 114,555.44 | 01-26 | 115,332.95 | 115,332.95 |
| 01-12 | 114,245.23 | 114,245.23 | 01-27 | 115,008.61 | 115,008.61 |
| 01-13 | 114,597.23 | 114,597.23 | 01-28 | 115,008.61 | 115,008.61 |
| 01-14 | 114,537.94 | 114,537.94 | 01-29 | 114,866.85 | 114,866.85 |
| 01-15 | 114,405.29 | 114,405.29 | | | |

Su balance mínimo durante este período fue: $114,175.71

Su próximo estado será el 26 de febrero de 2021

### Mensajes de Interés

PROTEGE TU CUENTA DE DÉBITOS FRAUDULENTOS CON LOS SERVICIOS DE POSITIVE PAY Y EPA. MIEMBRO FDIC. VISITA POPULAR.COM/NEGOCIOS/PREVENCIÓN-FRAUDE PARA MÁS INFORMACIÓN.

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

# BANCO POPULAR

ENRIQUE RODRIGUEZ NARVAEZ DIP                                  )5324    PAGINA 4

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

| Check | Account | Date | Amount |
|---|---|---|---|
| 453 Operation Smile — Donation | 0501023277 | 01/06/21 | 15.00 |
| 456 José Acosta — Instalación Compresor Aire Planta | 0501012364 | 01/13/21 | 200.00 |
| 457 Lic. Elvin R. González — Minimizar documents Corte | 0500120651 | 01/12/21 | 20.00 |
| 458 Embajada Digital — Tio. Diego Consultoría Paquete | 0500094076 | 01/11/21 | 1,750.00 |
| 460 José G. Morales | 0500140113 | 01/25/21 | 213.50 |

Outstanding Checks:
459 Select Portfolio Servicing — 697.63
461 Multiple Esclerosis — 18.00
462 U.S. Trustee — 650.00
$1,365.63