## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

**IN RE:**

**ENRIQUE RODRÍGUEZ NARVÁEZ<br>MYRNA I. RIVERA ORTIZ**

**DEBTORS**

</td><td>

**CASE NO. 18-02044-EAG**

**CHAPTER 11**

</td></tr>
</table>

### MOTION TO WITHDRAW MOTION TO MAKE SALE

**TO THE HONORABLE COURT:**

**COMES NOW** Debtors through the undersigned attorney and respectfully requests and prays for the following:

1.  On April 16, 2018, Debtors filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §1101 et.seq.

2.  On February 18, 2021, Debtors filed a Motion to Sell Property Free and Clear of Lien under Section 363(f).  *See, docket no. 148.*

3.  Debtors with this motion are withdrawing said docket no. 148 since incorrect PDF was attached.

4.  Debtors request from this Honorable Court to take notice of this motion.

**WHEREFORE**, Debtors pray that this Honorable Court takes notice of this motion and grants the withdrawal of docket no. 148, with any other provision that in accordance to law this Honorable Court deems, just and proper.

**I HEREBY CERTIFY** that this motion has been electronically filed with the Clerk of the Bankruptcy Court using CM/ECF which will forward a copy of the same to the office of U.S. Trustee, and to all parties in interest.

1

In Caguas, Puerto Rico, this February 18, 2021

**OFICINA LEGAL VICTOR GRATACÓS DIAZ**
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787)746-4772
FAX: (787)746-3633
EMAIL: bankruptcy@gratacoslaw.com


 /s/ Victor Gratacós Díaz (127906)