# Estudio de Título

**FINCA:** 68      **SOLICITA:** *ENRIQUE RODRIGUEZ NARVAEZ*
**FOLIO:** 41      **CASO:**
**TOMO:** 197- ARROYO
**INSCRIPCION 37ma.**
**REGISTRO:** GUAYAMA

### Descripción:

RUSTICA: Finca compuesta de 63 cuerdas de terreno, equivalentes a 24 hectáreas, 76 áreas y 15 centiáreas, radicada en el barrio Cuatro Calles, Sector Sabana Eneas del término municipal de Arroyo, Puerto Rico, colindando por el NORTE, SUR ESTE Y OESTE, con terrenos de Luce and Company, Sociedad en Comandita.

Dicha finca forma parte de otra con 11 cuerdas inscrita al folio 128 del tomo 7 de Arroyo, finca #345.

### TITULAR:

*Consta inscrita a favor de los esposos ENRIQUE RODRIGUEZ NARVAEZ y MYRNA IRIS RIVERA ORTIZ, quienes adquieren por compra esta finca y otra a John A. Zerbe, Junior, en capacidad de Sindico de Quiebras Bankruptcy Trustee, representando a Rafael Alberto Delannoy Rodriguez y Maria Cristina Colon de Jesus, precio de $760,000.00, correspondiendo a esta finca la suma de $595,000.00, según la escritura #614 otorgada en San Juan, el 6 de julio del 2006 ante el notario Enrique N. Vela Colon, inscrita al folio 41 del tomo 197 de Arroyo, inscripcion 37ma. A 5 de noviembre del 2009 668/627*

**CARGAS:**

**POR SU PROCEDENCIA: libre**

***POR SI:*** *a anotación "C"- Orden de Prohibición de enajenar. En el Tribunal de Primera Instancia, sala de Guayama, caso GCD-2009-0153, sobre Cobro de*

*Dinero, Incumplimiento de Contrato, Daños y Perjuicios, Enriquecimiento Injusto, seguido por V.C.I.Construction Inc. demandante, vs. Enrique Rodriguez Narvaez, Myrna Iris Rivera Ortiz, y la sociedad legal de gananciales por ambos compuesta, Jane Doe, John Doe, demandado, se presento orden y mandamiento de fecha 10 de agosto del 2009 autorizando el embargo de esta finca para responder por la suma de $812,500.00. se reclama la titularidad de las mismas y/o el cobro de varias sumas según pactadas en acuerdo, a saber, $812,500.00 por concepto del dinero dado en préstamo, balance al 30 de junio del 2009, al 30 de junio del 2009, el cual aumenta hasta su saldo total, $100,000.00 por concepto de penalidades según contrato, $50,000.00 por los daños económicos, $86,425.27 por concepto de certificaciones en virtud de otros acuerdos, balance al 30 de junio del 2009, el cual incrementa hasta que se salde. En la alternativa, se solicitó en la demanda el traspaso de la titularidad de las fincas a favor de una corporación "X", por el mismo valor que fue adquirido, $760,000.00. Además se reclaman $20,000.00 por concepto de honorarios de abogado. Archivado bajo los legajos #198 del 2009. Presentada el 19 de agosto del 2009 al asiento 1228-640 e inscrita al folio 41 del tomo 197 de Arroyo, el 25 de mayo del 2010.*

REVISADOS: *REGISTRO EMBARGOS ESTATALES; SENTENCIAS, CONTRIBUCIONES FEDERALES, LEY #12, REGISTROS DEL CRIM, BITACORA ELECTRONICA, SISTEMA AGORA Y SISTEMA KARIBE.*

*Aparece anotado en el libro de Sentencias #9 folio 1 orden #2 Miguel A. Vázquez Reyes, Et.Als. demandantes contra Enrique Rodriguez Narvaez, Et.Als. para responder por $92,200.00 presentado el 8 de julio del 2015 sentencia de fecha 27 de marzo del 2013 ene l caso GCD-2008-0229 del Tribunal de Primera Instancia, sala de Guayama, sobre cobro de dinero y daños. Anotada el 8 de septiembre del 2015*

*A 29 de septiembre del 2020*

*"ADVERTENCIA": Las Secciones del Registro de la Propiedad están computadorizadas por el nuevo sistema identificado como Karibe, mediante el cual se digitalizaron los tomos históricos que contienen los datos relacionados con las fincas inscritas y con los documentos presentados y pendientes de inscripción. Desde el 25 de abril de 2016, el Departamento de Justicia descontinuó los sistemas Toolkit y Ágora utilizados anteriormente en la*

*preparación de los estudios de títulos y otros documentos. Adicional a esto, los embargos federales y estatales, ahora son entrados y provistos directamente por la Oficina Central del Registro de la Propiedad en el Departamento de Justicia sin poder corroborarlos en los libros de control. No somos responsables por errores que puedan resultar en este estudio debido a los errores y/u omisiones del Registro y/o sus empleados, al depositar los datos en esta bitácora.*

_____

Maribet Ramos Vazquez  787-313-1910  787-864-1890   Apartado 975, GUAYAMA, PR 00785
email: maribetramos@gmail.com



*Investigadora de Título de Propiedad*


