# VIDAL ISLAND EQUITY ENTERPRISES LLC
### 9-20 166th Street, Suite 6B
### Whitestone, New York 11357

(917) 494-4035                                                                           Mvidal3903@aol.com

---

13 de febrero de 2021

Sr. Enrique Rodríguez Narváez
P.O. Box 912
Guayama, P.R. 00785

**Re: Oferta de Compra Terrenos de Arroyo**

Estimado Sr. Rodríguez:

Mediante esta comunicación, tengo a bien hacerle formalmente la oferta de compra que en el día de hoy le hiciera telefónicamente para la compra de dos (2) fincas que usted posee en el barrio Cuatro Calles del municipio de Arroyo, Puerto Rico.

Mi oferta es de $1,300,000 pagaderos de la siguiente forma:
1. $100,000 al momento de firmar la aceptación formal de nuestra oferta (al firmar una Opción).
2. Un pago final de $1,200,000 trenta días (30 días) después de la firma de la aceptación de la oferta.

Las contribuciones sobre la propiedad deberán estar al día al momento de la venta y los gastos legales y de inscripción serán pagados por cada una de las partes envueltas en la transacción de acuerdo a las leyes notariales existentes al momento de la compraventa.

Agradeceré me informes lo más pronto posible su decisión al respecto para proceder a completar las gestiones necesarias para la compra.

Cordialmente,

*[signature]*

Manuel A. Vidal Jr.
    Presidente