

Estado Libre Asociado de Puerto Rico
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

# ESTADO DE CUENTA
## Account Statement

Núm. de Certificación:
WM202010563640
REGULAR

| Número de Propiedad / Property Number: | Nombre del Dueño / This property is under the name of: |
|---|---|
| 420-000-005-31-000 | RODRIGUEZ NARVAEZ ENRIQUE |
| Localización de la Propiedad / Property Located at: | Dirección Postal / Postal Address: |
| BO GUASIMAS<br>ARROYO | PO BOX 912<br>GUAYAMA 00785-0912 |
| Municipio / Municipality:<br>72  ARROYO | Interés calculado hasta / Interest calculated through:<br>Oct 27, 2020 |

| Año Fiscal<br>Fiscal Year | Fecha Notif<br>Bill Date | Principal | Descuento<br>Discount | Interés<br>Interest | Recargos<br>Surcharge | Penalidad<br>Penalty | Deuda<br>Amount Due |
|---|---|---|---|---|---|---|---|
| 2021-I@ | 01/01/2021 | $250.55 | $(25.06) | $0.00 | $0.00 | $0.00 | $225.49 |
| 2021-I | 07/01/2020 | $250.56 | $0.00 | $1.85 | $0.00 | $0.00 | $252.41 |
| 2020-I | 01/01/2020 | $250.55 | $0.00 | $14.35 | $25.06 | $0.00 | $289.96 |
| 2020-I | 07/01/2019 | $250.56 | $0.00 | $26.98 | $25.06 | $0.00 | $302.60 |
| Total: | | $1,002.22 | $25.06 | $43.18 | $50.12 | $0.00 | $1,070.46 |

La deuda con [@] no está vencida/ unexpired, [B] quiebra/ bankruptcy, [P] plan de pago/ payment plan, [D] deudas en disputa/ debt in dispute

| Fecha Emitida / Issued Date: | Fecha Expiración / Expiration Date: |  | Certificación<br>Electrónica |
|---|---|---|---|
| 27-Oct-2020 | 27-Jan-2021 | | |

Esta certificación tiene un valor de $2.50, es válida para gestiones de cobro.
No incluye deudas por mejoras que estuvieran sin tasar.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reúne los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.
Nota aclaratoria: El cómputo de los intereses se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This certification will be valid for 3 months from the issue date.



WM202010563640
27/10/2020 3.39 PM

Validar certificado en http://crimpr.net/certificados

563640
Page 1 of 1



# Estado Libre Asociado de Puerto Rico
## Centro de Recaudación de Ingresos Municipales

### RECIBO DE PAGO

Hemos recibido de: **RODRIGUEZ NARVAEZ ENRIQUE**

| Num. Seguro Social | Num. Catastro |
|---|---|
| ***-**-7358 | 420-000-005-31-000 |

Núm. Recibo: **93769**
Fecha de Pago: 27/10/2020
Método de Pago: Débito ATH
Núm. de Control: 102

Por concepto de: Pago de Deuda Inmueble

| Tipo | Fecha | Principal | Descuento | Penalidad | Intereses | Recargos | Total |
|---|---|---|---|---|---|---|---|
| 2021-I | 01/01/2021 | 250.55 | -25.06 | 0.00 | 0.00 | 0.00 | 225.49 |

**Total Pagado: 225.49**

Comentarios:

_____
Jesus Rivera Rodriguez
Nombre del Recaudador