

**SOSTRE NARVAEZ & Asocs.**
BUFETE LEGAL & NOTARIAL

27 de octubre de 2020

Sr. ENRIQUE RODRIGUEZ

## FACTURA

A continuación desgloses de los servicios legales prestados con relación a:

Escritura de Compraventa por la suma de ($1,260,000.00).

Original y Copia Certificada

| | |
|---|---|
| Sellos | $ 2,104.00 |
| Comprobantes | 4,990.00 |
| Honorarios | 6,300.00 |
| **Total** | **$13,394.00** |

Certifico correcto,

Lcdo. Héctor A. Sostre Narváez

*Favor de hacer cheque a nombre del Lcdo. Héctor A. Sostre*
Sierra Bayamón – 1-22, Calle 1, Bayamón, Puerto Rico 00961
Tel: 787-780-2446 / Fax: 787-780-2199