United States Bankruptcy Court
District of Puerto Rico

In re:     Case No. 18-02044-EAG
ENRIQUE RODRIGUEZ NARVAEZ     Chapter 11
MIRNA IRIS RIVERA ORTIZ
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: colont     Page 1 of 1
Date Rcvd: Feb 23, 2021     Form ID: npayfee     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ENRIQUE RODRIGUEZ NARVAEZ, MIRNA IRIS RIVERA ORTIZ, 1002 AVE MUNOZ RIVERA, APT 306, SAN JUAN, PR 00927-5006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

**Name    Email Address**

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cfigueroa@crimpr.net cpfbkcy@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

US TRUSTEE
    ustpregion21.hr.ecf@usdoj.gov

VICTOR GRATACOS DIAZ
    on behalf of Debtor ENRIQUE RODRIGUEZ NARVAEZ bankruptcy@gratacoslaw.com gratacoslawfirm@gmail.com

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**ENRIQUE RODRIGUEZ NARVAEZ**
**MIRNA IRIS RIVERA ORTIZ**
**aka MYRNA IRIS RIVERA ORTIZ**

xxx–xx–7358
xxx–xx–8735

Debtor(s)

Case No. **18–02044 EAG**

Chapter **11**

**FILED & ENTERED ON 2/23/21**

### NOTICE OF NON–PAYMENT OF FEE

Pursuant to P.R. LBR 5080–1 (b), the document filed by you on 02/18/2021, requires a prescribed fee that must be paid in advance of the service to be performed by the Clerk's Office. Failure to pay may result on the revocation of your password, pursuant to P.R. LBR 5005–4 (b) (2) (C) (iv).

☐ Motion or Notice to convert a case.
☐ Amended Schedule(s) D, E or F, list of creditors or mailing list.
☐ Motion to Reopen Case.
☐ Notice or Application removing an adversary proceeding.
☐ Motions to terminate, annul, modify or conditions to automatic stay.
☐ Motion to compel abandonment.
☐ Motion to withdraw the reference of a case or proceeding.
☒ Other: Motion to Sell Property Free and Clear of Liens

In San Juan, Puerto Rico, this Tuesday, February 23, 2021 .

Edward A. Godoy
United States Bankruptcy Judge