**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MIRNA IRIS RIVERA ORTIZ**<br>**aka MYRNA IRIS RIVERA ORTIZ**<br><br>**xxx–xx–7358**<br>**xxx–xx–8735**<br><br>Debtor(s) | Case No. **18–02044 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 3/9/21 |

***ORDER***

The motion filed by DEBTOR requesting extension of time of NINETY (90) days to complete the due diligence and for Truchamp LLC to present the offer (docket #153) is hereby granted. Order due by May 20, 2021.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, March 9, 2021 .

*Edward A. Godoy*
United States Bankruptcy Judge