**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MIRNA IRIS RIVERA ORTIZ**<br>**aka MYRNA IRIS RIVERA ORTIZ**<br><br>xxx–xx–7358<br>xxx–xx–8735<br><br>Debtor(s) | Case No. **18–02044 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 3/18/21 |

***ORDER***

The motion filed by DEBTORS requesting to sell property free and clear of liens (docket #150) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, March 18, 2021 .

Edward A. Godoy
United States Bankruptcy Judge