## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MYRNA I RIVERA ORTIZ**<br><br>**DEBTORS** | **CASE NO. 18-02044 EAG**<br><br>**CHAPTER 11** |

### MOTION TO WITHDRAW DOCKET NO. 163

**TO THE HONORABLE COURT:**

**COMES NOW** Debtors through the undersigned attorney and very respectfully requests and prays for the following:

1. On April 16, 2018, Debtor, Enrique Rodríguez Narvaez, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code which the plan was confirmed and the same provide for the sale of properties to pay its creditors.

2. Debtors filed a Stipulation with Walison, Corp.. See, docket no. 163.

3. Debtors with this motion requests the withdrawal of Docket no. 163 since incorrect PDF was attached.

4. Debtors request from this Honorable Court to take notice of this motion.

**WHEREFORE,** Debtors pray that this Honorable Court takes notice of this motion and grants the withdrawal of docket no. 163, with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I HEREBY CERTIFY** that this motion has been electronically filed with the Clerk of the Bankruptcy Court using CM/ECF which will forward a copy of the same to the office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

In Caguas, Puerto Rico, this 28th day of April 2021.

**VICTOR GRATACOS DÍAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO  00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633
EMAIL: bankruptcy@gratacoslaw.com

/s/ Victor Gratacós Diaz (127906)