**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** <br><br> **ENRIQUE RODRIGUEZ NARVAEZ** <br> **MIRNA IRIS RIVERA ORTIZ** | **CASE NUMBER: 18-02044 EAG 11** <br><br> **CHAPTER 11** |

### MOTION REQUESTING COMPLIANCE WITH ORDER (DOCKET 159) AND OTHER REMEDIES

To the Honorable Court:

**COMES NOW**, creditor Lopez Enterprises, Inc., represented by the undersigned attorney and very respectfully states and prays as follows:

1. Debtors filed the instant bankruptcy petition on April 16, 2018, **that is more than three years ago.** (Docket 1).

2. On February 19, 2021 Debtors requested a time extension of ninety (90) days to complete their due diligence and present an offer. Docket 153.

3. This Honorable Court granted Debtors' request allowing completion of such offer until this Thursday May 20, 2021. Docket 159.

4. Due to the proximity of such deadline, it is the appearing creditor's contention that there are no available funds to fulfill Debtors' obligations under this Chapter 11 case, specifically the full payment of the updated debt from Proof of Claim Number 8, until May 20, 2021.

5. The appearing creditor respectfully requests to this Honorable Court an Order against Debtors showing compliance with Docket 153, without anymore time extensions, subject to dismissal or conversion to Chapter 7.

**WHEREFORE** the appearing creditor respectfully requests to this Honorable Court to order strict compliance of Docket 159 before this May 20, 2021, or to dismiss this case or convert it to a Chapter 7 case.

**30 DAYS NOTICE** The Honorable Court may dismiss this case or convert it to a Chapter 7 case if Debtors fail to file a written response to this motion within thirty (30) days after receipt of it.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on May 18th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF System which will send notification of such filing to all CM/ECF System's participants, as it appears on the Master Address List, and to the US Trustee.

Respectfully submitted

In Guaynabo, Puerto Rico this, 18th day of May, 2021.

/s/LUIS R. VIVAS UGARTEMENDÍA
USDC 212607
Attorney for Lopez Enterprises, Inc.
469 Esmeralda Avenue
Plaza Esmeralda Condominium, Apt. 132
Guaynabo, Puerto Rico, 00969-4282
Tel. 787-612-2347
E mail address lic.luisvivas@gmail.com