UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| ENRIQUE RODRÍGUEZ NARVÁEZ<br>MYRNA I. RIVERA ORTIZ | CASE NO. 18-02044 EAG<br><br>CHAPTER 11 |
| DEBTORS | |

## MOTION REQUESTING EXTENSION OF TIME TO COMPLETE SALE AND REPLY TO LOPEZ ENTERPRISE'S MOTION

**TO THE HONORABLE COURT:**

**COME NOW** Debtors through the undersigned attorney and respectfully requests and prays for the following:

1. On April 16, 2018, Debtors, Enrique Rodríguez Narváez & Myrna I. Rivera Ortiz, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code; for which the plan was confirmed on March 25, 2019 (docket no. 65).

2. The plan as confirmed proposed the sale of a project of houses in Guayama and it was going to produce enough monies to pay all creditors. For this sale, debtor considered that a period of one year was enough time to do it. That one-year period ended in May 2020.

3. Debtors had no way of anticipating the financial world crisis created by COVID 19, the closing of several businesses that shot down the new investments and construction, and the elections in November, 2020, in which a new government assumed the guidance of PR; and everyone was waiting for these changes.

4. Even through this crisis, Debtors were able to negotiate with 4 or 5 new investors but at the moment of requesting the initial deposit the investors withdrew their interest and withdrew from the table of negotiations.

5. Since this is a big project for Puerto Rico, for the city of Guayama, for creditors, and for

1

debtors, the same need time in order to get the meeting of the mind as to the purchase and the deposit of money.

6. During this year, we have been receiving different offers from different investors which we have considered and, after an extended period of negotiations taking place, no agreements have been yet to be completed.

7. Due to this situation, even though we are in the process of sale, we have to develop other strategies to raise the funds to pay the creditors under the Chapter 11 plan.

8. Due to the delay in closing a deal, debtors moved to sell any of the remaining properties of the estate to produce funds to the estate more quickly.

9. On February 18, 2021, Debtors filed a motion to make sale of 2 lots pf land in Arroyo (docket #150). This sale was supposed to be completed on or before May 20, 2021.

10. On April 2021, the buyers suffered the loss of their grandson under tragic circumstances. This has affected the lives of the buyers, and as such, they are requesting 60 additional days in order to complete the transaction, as per letter attach by buyers request.

11. Additionally, the financial institution which is going to provide financing to the buyers has requested some additional financial data and the closing is expected to be done on or before the next 60 days.

12. Up to this moment, only 91 days have elapsed, and the additional term of 60 days will not affect the creditors negatively, since it will produce money to pay the creditors.

13. The purchase price for the sale was for the sum of $1,300,000.00. The buyers made an initial deposit of $200,000.00 and have consented to debtors' use the deposit to pay the creditors affecting the properties they were buying.

14. These properties have two judicial liens: one, in favor of Lopez Enterprise Inc, and the

other, in favor of Sucn. Miguel Vazquez.

15. With the deposit, Debtors were able to settle with Sucn. Vazquez for the sum of $95,000.00, amount to be paid to them for cancelling all liens over all properties of debtor. This settlement is beneficial for the estate since it releasees any and all additional liens over other properties making more feasible the sale of the other properties in the future and to future investors.

16. As to Lopez Enterprise Inc, we have offered and initial deposit of $100,000.00 as a partial payment until the sale is completed, but this creditor has not accepted the payment. They are requesting one payment of the full amount. Even though we are willing to do it, we need to complete the sale in order to receive the funds and complete the payment to creditor.

17. Debtors are also working on other transaction which will generate enough funds to pay Lopez Enterprise, but in the event that there is any amount pending, debtors are still in the process of selling the Guayama Project Development which will generate over $3,000,000.00. This will be sufficient to complete the base of the plan and pay all creditors.

18. The buyers have demonstrated good faith by consenting to the use of the deposit to pay in advance creditors to resolve this case and debts.

19. Debtors have reached agreements with all creditors to extend the time to complete the sale, since in that way they will receive their money. The lone exception is Lopez Enterprises Inc. which insists in receiving the totality of their debt in one single payment.

20. In this case, Debtors are working out purchases for millions of dollars that take time and effort due to the investment of money. Requires a due diligence period to review permits and documents requested by the purchaser, the signing of all legal documents and contracts, the parties involved, the financial institutions providing financing to the buyers, and meeting the

banks' financial requirements.

21. Even though we have made progress in the presentation of the development to different investors and the different alternatives presented to them; time is needed to complete the same.

22. We have kept Lopez Enterprises abreast of all the efforts that we are doing to generate the funds and pay them. With all the liens placed over debtors' property they have sufficient collateral to cover the debt.

23. Even with this purchase going, Debtors are studying different alternatives with 4 potential new investors to sell all or part of the project of Guayama and whose asking price is an amount sufficient to cover all debts in this case.

24. For all the reasons stated above, Debtors request the time of sixty (60) days to complete the transaction of sale for the lots of Arroyo.

**WHEREFORE,** Debtors request that the motion filed by creditor Lopez Enterprises Inc. be denied and debtors be granted a period of sixty (60) days to complete the transaction of sale for the lots of Arroyo, with any other proceedings that in accordance to law this court deems just and proper.

**I CERTIFY** that this motion has been electronically filed using CM/ECF system and that a copy of the same was forwarded to the Office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

In Caguas, Puerto Rico, May 25, 2021.

**VICTOR GRATACÓS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PR 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633
EMAIL: bankruptcy@gratacoslaw.com

/s/ Víctor Gratacós-Díaz (127906)

4

*Manuel B. Vidal, Jr.*
*9-20 166ᵗʰ Street, Apt. 6B*
*Whitestone, New York 11357*
*(917) 494-4035/ (718) 767-1702 FAX*

May 19, 2021

Honorable Judge Edward A. Godoy
United State Bankruptcy Court
District of Puerto Rico
MCS Building, Suite 222 A
880 Tito Castro Avenue
Ponce, PR 00716-4732

**RE:  Case No.: 18-02044-EAG**

Dear Honorable Judge Godoy:

Attached hereto you will find a copy of my grandson Scott Cohen Vidal's Death Certificate, which indicates Scott expired April 11, 2021.

As a result of his passing, I requested that Mr. Victor Gratacos Diaz, Esq., inform your Court, accordingly, with the hope that an extension of time could be granted, pertinent to the captioned case; until such time as I am able to recuperate and more capable of continuing with a closing, pertinent to the property I am purchasing from the Rodriguez family in Arroyo, Puerto Rico.

Moreover, given the gravity of our family's loss, this tragic occurrence has had an enormously negative impact on my ability to transmit information and documentation (including current tax returns) to my lender's representative who is in the State of California. Additionally, the time zones have furthered the difficulties we have encountered, in our endeavor to finalize approval of the loan for which I applied. In reality, our catastrophic incident has proven to be a serious interruption for me and my family, in so many ways.

In consideration thereof, I respectfully request an extension of sixty (60) days, while we go through the process of alleviating one of the most difficult times of our lives.

I would greatly appreciate your consideration of my "extraordinary circumstances", relative to what has occurred.

Sincerely,

*[signature]*

Manuel B. Vidal, Jr.

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**STATE FILE NUMBER** | **LOCAL REGISTRATION NUMBER**

## DECEDENT'S PERSONAL DATA

1. NAME OF DECEDENT–FIRST (Given): **SCOTT**
2. MIDDLE: **JARRED**
3. LAST (Family): **COHEN**

AKA, ALSO KNOWN AS:
4. DATE OF BIRTH mm/dd/ccyy: **01/22/1993**
5. AGE Yrs.: **28**
6. SEX: **M**
9. BIRTH STATE/FOREIGN COUNTRY: **CALIFORNIA**
10. SOCIAL SECURITY NUMBER:
11. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ]
12. MARITAL STATUS/SRDP: **NEVER MARRIED**
7. DATE OF DEATH mm/dd/ccyy: **04/11/2021 FND**
8. HOUR (24 Hours): **1145**
13. EDUCATION: **SOME COLLEGE**
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? [X] YES **PUERTO RICAN**
16. DECEDENT'S RACE: **CAUCASIAN, PUERTO RICAN**
17. USUAL OCCUPATION: **MUSICAL ARTIST**
18. KIND OF BUSINESS OR INDUSTRY: **MUSIC INDUSTRY**
19. YEARS IN OCCUPATION: **5**

## USUAL RESIDENCE

20. DECEDENT'S RESIDENCE: **330 S.BARRINGTON AVE**
21. CITY: **LOS ANGELES**
22. COUNTY/PROVINCE: **LOS ANGELES**
23. ZIP CODE: **90049**
24. YEARS IN COUNTY: **CA**
25. STATE/FOREIGN COUNTRY: **CALIFORNIA**

## INFORMANT

26. INFORMANT'S NAME, RELATIONSHIP: **JAY COHEN, FATHER**
27. INFORMANT'S MAILING ADDRESS: **330 S. BARRINGTON AVE, LOS ANGELES, CA 90049**

## SPOUSE/SRDP AND PARENT INFORMATION

28. NAME OF SURVIVING SPOUSE/SRDP–FIRST:
29. MIDDLE:
30. LAST (BIRTH NAME):
31. NAME OF FATHER/PARENT–FIRST: **JAY**
32. MIDDLE: **SCOTT**
33. LAST: **COHEN**
34. BIRTH STATE: **NY**
35. NAME OF MOTHER/PARENT–FIRST: **LISA**
36. MIDDLE: **YVETTE**
37. LAST (BIRTH NAME): **VIDAL**
38. BIRTH STATE: **NY**

## FUNERAL DIRECTOR/LOCAL REGISTRAR

39. DISPOSITION DATE:
40. PLACE OF FINAL DISPOSITION: **RESIDENCE OF LISA AND JAY COHEN, 330 S.BARRINGTON AVE, LOS ANGELES, CA 90049**
41. TYPE OF DISPOSITION(S): **CR/RES**
42. SIGNATURE OF EMBALMER: **NOT EMBALMED**
43. LICENSE NUMBER: –
44. NAME OF FUNERAL ESTABLISHMENT: **NATURAL GRACE**
45. LICENSE NUMBER: **FD2066**
46. SIGNATURE OF LOCAL REGISTRAR:
47. DATE:

## PLACE OF DEATH

101. PLACE OF DEATH: **RESIDENCE**
102. IF HOSPITAL, SPECIFY ONE: IP [ ] EVOP [ ] DOA [ ]
103. IF OTHER THAN HOSPITAL: Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other [ ]
104. COUNTY: **LOS ANGELES**
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: **20544 VENTURA BLVD #318**
106. CITY: **WOODLAND HILLS**

## CAUSE OF DEATH

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): **GUNSHOT WOUND OF HEAD**
Time Interval: **RAPID**
108. DEATH REPORTED TO CORONER? YES [X] NO [ ]
REFERRAL NUMBER: **2021-05022**
109. BIOPSY PERFORMED? YES [ ] NO [X]
110. AUTOPSY PERFORMED? YES [ ] NO [X]
111. USED IN DETERMINING CAUSE? YES [ ] NO [ ]
112. OTHER SIGNIFICANT CONDITIONS: **NONE**
113. WAS OPERATION PERFORMED: **NO**
113A. IF FEMALE, PREGNANT IN LAST YEAR? YES [ ] NO [ ] UNK [ ]

## PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE...
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

## CORONER'S USE ONLY

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED...
MANNER OF DEATH: Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined [ ]
120. INJURED AT WORK? YES [ ] NO [X] UNK [ ]
121. INJURY DATE: **UNK**
122. HOUR: **UNK**
123. PLACE OF INJURY: **RESIDENCE**
124. DESCRIBE HOW INJURY OCCURRED: **SHOT HIMSELF**
125. LOCATION OF INJURY: **25044 VENTURA BLVD #318, WOODLAND HILLS, CA 91364**
126. SIGNATURE OF CORONER / DEPUTY CORONER: **REGINA AUGUSTINE**
127. DATE: **04/14/2021**
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: **REGINA AUGUSTINE, DEP CORONER**

STATE REGISTRAR: A B C D E
Printed on: 04/14/2021 05:48 PM
By WOLF, SHARI (SWOLF)
FAX AUTH.#
CENSUS TRACT

*WORKING COPY*

ANDRES RIVERA ORTIZ
PO BOX 2525
GUAYAMA, PR 00785


ANGEL L OCASIO RAMOS
URB ROMANI 17
RIO PIEDRAS, PR 00926


BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00939-8100


CARLOS GARCIA VELEZ
AVE LOS VETERANOS 21
GUAYAMA, PR 00784


CITI CARDS
PO BOX 183510
COLUMBUS, OH 43218


CLUB NAUTICO DE GUAYAMA
PO BOX 1088
GUAYAMA, PR 00785


CRIM
PO BOX 195387
SAN JUAN, PR 00919


LIC ARNALDO SANCHEZ RECIO
MUNOZ RIVERA AVE
1056 FIRST FEDERAL 708
SAN JUAN, PR 00926


LIC HECTOR SOSTRE NARVAEZ
SIERRA BAYAMON BLQ 1-22 CALLE 1
BAYAMON, PR 00961


LIC JOSE COLON PEREZ
PO BOX 960
GUAYAMA, PR 00785

LIC JOSE RAFAEL GONZALEZ RIVERA
PO BOX 10242
HUMACAO, PR 00792

LIC JUAN C MARTIIN MELENDEZ
PO BOX 809
GUAYAMA, PR 00785

LIC LOURDES M TORRES ESTEVES
313 DOMENECH SUITE 204
SAN JUAN, PR 00919

LOPEZ ENTERPRISES INC (ANTES VCI)
313 DOMENECH SUITE 204
LIC JESSICA M CAMPOS BRISTOL
SAN JUAN, PR 00919

MIGUEL A VAZUEZ REYES
LIC DIEGO LEDEE BAZAN
PO BOX 891
GUAYAMA, PR 00785

OCWEN SERVICING
PO BOX 24738
WEST PALM BEACH, FL 33416-4738

RON POPI
RAMSHORN PLACE 10
PAL COAST, FL 32137

SCN ENRIQUE SANCHEZ RECIO
URB COSTA AZUL CALLE 7 D 28
GUAYAMA, PR 00784

SEARS
PO BOX 6283
SIOUX FALLS, SD 57117-6283

SEGUROS N COLON
PO BOX 1267
AIBONITO, PR 00705

SUPER ROOF AND GENERAL
    CONTRACTORS
PO BOX 1800
GUAYAMA, PR 00785