**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** <br><br> **ENRIQUE RODRÍGUEZ NARVÁEZ** <br> **MYRNA I. RIVERA ORTIZ** <br><br> **DEBTORS** | **CASE NO. 18-02044 EAG** <br><br> **CHAPTER 11** |

## MOTION TO INFORM PAYMENT TO CREDITOR

**TO THE HONORABLE COURT:**

**COME NOW** Debtors through the undersigned attorney and respectfully requests and prays for the following:

1. On April 16, 2018, Debtors, Enrique Rodríguez Narváez & Myrna I. Rivera Ortiz, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code. The plan considers and propose the payments of all creditors, as per confirmed on March 25, 2019.

2. Debtors have reached an agreement with Sucn. Vazquez and have settled their debt in the sum of $95,000.00. This sum represents a savings for the estate and the release of all liens over Debtors properties.

3. With this motion, Debtors are submitting copy of the payment of $95,000.00 to creditor, who will release all liens over Debtors properties and will close the civil case file at local Court in Guayama, Puerto Rico.

4. This transaction benefits and comply with the purpose of the Chapter 11 plan.

5. Debtors request from this Honorable Court to take notice of this motion.

**WHEREFORE,** Debtors request from this Honorable Court to take notice of this payment in partially compliance with the plan, and the elimination of a debt of the estate, along with any

1

other relief and proceedings that in accordance to law this court deems just and proper.

**I CERTIFY** that this motion has been electronically filed using CM/ECF system and that a copy of the same was forwarded to the Office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

In Caguas, Puerto Rico, May 25, 2021.

        **VICTOR GRATACÓS DIAZ LAW OFFICE**
        PO BOX 7571
        CAGUAS, PR 00726
        PHONE: (787) 746-4772 & FAX: (787) 746-3633
        EMAIL: bankruptcy@gratacoslaw.com

        /s/ Víctor Gratacós-Díaz (127906)

2

**Enrique Rodriguez Narvaez**
**y/o Myrna I Rivera-Ortiz**
PO Box 912
Guayama, PR 00785

477
101-201/215

April 29, 2021
Fecha / Date

Páguese a la orden de / Pay to the order of: Lcdo. Antonio Palau Martinez     $ 95,000.00

Ninety Five Thousands dollars and 00/100     Dólares / Dollars

POPULAR
BANCO POPULAR DE PUERTO RICO
Montehiedra
Rio Piedras, Puerto Rico

015

Para / For: Transar pago Demanda

⑆025150201⑆ 108⬝395324⬝ 0477

Harland Clarke