IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>　　　　Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON MAY/26/2021 |

ORDER APPROVING SETTLEMENT/STIPULATION

　　　This case is before the Court upon the settlement agreement/stipulation filed by the debtor and Walison Corp., docket entry #165.

　　　Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

　　　IT IS SO ORDERED.

　　　In Ponce, Puerto Rico, this 26 day of May, 2021.

*Edward A. Godoy*
Edward A. Godoy
United States Bankruptcy Judge