IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON MAY/27/2021 |

ORDER

The debtors are ordered to comply within seven (7) days with PR LBR 9013-1(c).

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 27 day of May, 2021.

Edward A. Godoy
United States Bankruptcy Judge