**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MIRNA IRIS RIVERA ORTIZ**<br>**aka MYRNA IRIS RIVERA ORTIZ**<br><br>**xxx–xx–7358**<br>**xxx–xx–8735**<br><br>Debtor(s) | Case No. **18–02044 EAG**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 6/23/21 |

***ORDER***

The motion filed by DEBTORS requesting extension of time of SIXTY (60) days to conclude the different sales of the properties (docket #190) is hereby granted. Order due by August 20, 2021.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 23, 2021 .

Edward A. Godoy
United States Bankruptcy Judge