IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON JUL/19/2021 |

ORDER

Upon the stipulation filed by the parties at docket #199, the hearing scheduled for July 29, 2021 to consider Lopez Enterprises, Inc.'s motion requesting dismissal or conversion from chapter 11 to chapter 7 (docket #192), is vacated and set aside.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 19 day of July, 2021.

Edward A. Godoy
United States Bankruptcy Judge