IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON AUG/02/2021 |

ORDER

Debtors to supplement the application to employ realtor (docket #202) within 14 days to comply with PR LBR 2014-1. Due 8/16/2021.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 2 day of August, 2021.

Edward A. Godoy
United States Bankruptcy Judge