### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**ENRIQUE RODRÍGUEZ NARVÁEZ**<br>**MYRNA I. RIVERA ORTIZ**<br><br>**DEBTORS** | **CASE NO. 18-02044-EAG**<br><br>**CHAPTER 11** |

### MOTION TO MAKE SALE FREE AND CLEAR OF ALL LIENS

**TO THE HONORABLE COURT:**

    **COMES NOW** Debtors through the undersigned attorney and respectfully request and pray for the following:

1.     On April 16, 2018, Debtors, Enrique Rodríguez Narváez & Myrna I. Rivera Ortiz, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code. This case has a confirmed plan which contemplate the payments of the creditors by the sale or development of the property.

2.     Between Debtors property, Debtors have one property located at Palm Coast, Florida. The description of the property is the following:

    **Legal Description:** Palm Coast Section 30 Block 00079 Lot 0016 Subdivision Completion Year 1980 OR 318 PG

    Property Identification #07-11-31-7030-00790-0160.

3.     The describe property has a lien with Nationstar Mortgage.

4.     In this case, Debtors requested an appraisal of the property in which the estimated market value the total amount of 222,000.00. *See,* **_Exhibit A_** for the appraisal for the property.

5.     Debtors have a Sale Listing Agreement with G2G Real Estate LLC / Sandra G Cuevas "Broker". In which, the sale price of the property is $259,900.00. *See,* **_Exhibit B_** for the

Agreement.

6. Debtors received a purchase offer from Mr. James Tierney, which has no relationship with Debtors, to buy this property in the sum of $275,000.00 free and clear from any liens. Enclosed as **_Exhibit C_** is the letter of the offer. This offer is higher of the listing price of sale; and, which offer is accepted by Debtors.

7. Debtors with the sale will paid the closing cost in the amount of $8,000.00. As **_Exhibit C_** attached demonstrated. The amount received after deductions from the sale will be used to make payments as per the Chapter 11 Plan

8. As per Flagler County Tax's certification attached herein the property owed the amount of $2,824.89, attached as **_Exhibit D_**. At the moment of closing, Debtors will deliver a certification validating the amount and if there is any additional balance the same will be included and paid.

9. The proceeds of the sale, in the amount of $275,000.00, from the residential property, will be used to pay the following:

   1. Nationstar Mortgage Payoff in the amount of $28,000.00 approximately
   2. Estimated closing cost in the amount of $8,000.00
   3. Real Estate commission in the amount of $22,000.00
   4. Buyer's credit in the amount of $10,000.00.
   5. County Tax in the amount of $ 2,824.89
   6. Any amount remaining needed to complete the payment will be used to Debtors state account.
   7. Debtors estimate that of the amount of $207,000.00; they will receive the approximate net amount of $204,175.11.

10. This sale will be made on September 17, 2021. Debtors need that the order approving this motion is enter within a period of fourteen (14) days.

11. Debtor requests that the present motion announcing the sale of the property be approved. This sale is made for the benefit of creditor and the buyers have this fund to make this sale.

12. In accordance to section 363(c)(2)(B) of the Bankruptcy code Debtor request the approval of this sale and an order to cancel debt and all liens to delated to this property with any provision that in accordance to law this Honorable Court deems just and proper.

**WHEREFORE,** Debtor requests that the present motion announcing the sale of the property described above be granted, along with any other procedure that this Honorable Court deems just and proper.

**I HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants: U.S. Trustee an all other parties in interest as per the Master Address List.

### NOTICE
Within fourteen days (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In Caguas, Puerto Rico, this August 17, 2021

**VICTOR GRATACÓS DÍAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PR 00726
P: (787) 746-4772 F: (787) 746-3633
E: bankruptcy@gratacoslaw.com

/s *Víctor Gratacós Díaz*
Víctor Gratacós Díaz, Esq.
USDC-PR: 127906

Exhibit A



**StellarMLS - IMAPP** Comparable Properties Report - 9 RAMSHORN PL, PALM COAST, FL 32164-6869



### Subject Property

PID # 07-11-31-7030-00790-0160
Address:
9 RAMSHORN PL
PALM COAST, FL 32164-6869
Last Sale Price: $50,300
Last Sale Date: 01/07/2004
Market Value: $148,737
Assessed Value: $148,737
Total Land Area: 10,018 sf
Waterfront: No
Total Area: 2,182 sf
Living Area: 1,920 sf
Bedrooms: 0   Bathrooms: 2
Year Built: 2004   Stories: 1
Pool: No   Garage: Yes



### Projected Sale Price

Estimated Range Based On Value Ratio
$30,300 — **$212,000** — $288,300
Estimated Range Based On Price per SF
$32,400 — **$222,800** — $301,700

### Statistics About Comparable Properties

|  | Sale Price | Living Area | Market Value | $/SF | MV Ratio |
|---|---|---|---|---|---|
| High: | $293,000 | 1,852 sf | $189,618 | $177.04 | 1.938 |
| Low: | $35,000 | 1,535 sf | $123,826 | $19.01 | 0.203 |
| Median: | $229,500 | 1,680 sf | $153,317 | $138.94 | 1.502 |
| Average: | $221,115 | 1,706 sf | $157,249 | $130.77 | 1.426 |

### Comparable Properties

**1. 95 RYBERRY DR**
PALM COAST, FL 32164-6438
Last Sale: $269,000 on 06/04/2021 ($168.13/SF)
MVR: 1.559   Market Value: $172,568
Parcel ID # 07-11-31-7029-00430-0090
Bedrooms: 0   Baths: 2   Distance: 0.7 miles
Lot Size: 10,018 sf   Total Area: 2,347 sf   Living Area: 1,939 sf   Year Built: 2003
Waterfront: No   Garage: Yes   Pool: No   Stories: 0

**2. 20 RIVERVIEW DR**
PALM COAST, FL 32164-6462
Last Sale: $240,000 on 06/04/2021 ($148.15/SF)
MVR: 1.938   Market Value: $123,826
Parcel ID # 07-11-31-7031-00640-0150
Bedrooms: 0   Baths: 2   Distance: 0.73 miles
Lot Size: 10,541 sf   Total Area: 2,422 sf   Living Area: 1,946 sf   Year Built: 1992
Waterfront: No   Garage: Yes   Pool: No   Stories: 0

**3. 18 PINE GROVE DR**
PALM COAST, FL 32164-7095
Last Sale: $244,900 on 06/04/2021 ($150.80/SF)
MVR: 1.657   Market Value: $147,778
Parcel ID # 07-11-31-7026-00750-0360
Bedrooms: 0   Baths: 2   Distance: 0.79 miles
Lot Size: 10,018 sf   Total Area: 2,452 sf   Living Area: 1,893 sf   Year Built: 2002
Waterfront: No   Garage: Yes   Pool: No   Stories: 0

**4. 4 RIPPLE PL**
PALM COAST, FL 32164-6514
Last Sale: $293,000 on 06/01/2021 ($177.04/SF)
MVR: 1.734   Market Value: $168,949
Parcel ID # 07-11-31-7031-00220-0080
Bedrooms: 0   Baths: 2   Distance: 0.83 miles
Lot Size: 10,018 sf   Total Area: 2,300 sf   Living Area: 1,931 sf   Year Built: 2003
Waterfront: No   Garage: Yes   Pool: No   Stories: 0

**5. 31 RANSHIRE LN**
PALM COAST, FL 32164-6805
Last Sale: $200,000 on 06/01/2021 ($107.99/SF)
MVR: 1.305   Market Value: $153,271
Parcel ID # 07-11-31-7030-00560-0180
Bedrooms: 0   Baths: 2   Distance: 0.48 miles
Lot Size: 10,105 sf   Total Area: 2,396 sf   Living Area: 2,070 sf   Year Built: 2003
Waterfront: No   Garage: Yes   Pool: No   Stories: 0

**6. 17 RAMSHORN PL**
Parcel ID #
Lot Size: 10,454 sf   Waterfront: No

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| PALM COAST, FL 32164-6869 | | 07-11-31-7030-00790-0200 | | Total Area: | 2,120 sf | Garage: | Yes |
| Last Sale: $265,000 on 05/17/2021 ($160.12/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 1,655 sf | Pool: | No |
| MVR: 1.878 | Market Value: $141,129 | Distance: | 0.06 miles | Year Built: | 2000 | Stories: | 0 |
| 7. 4 RAINMILL PL | | Parcel ID # | | Lot Size: | 10,628 sf | Waterfront: | No |
| PALM COAST, FL 32164-6852 | | 07-11-31-7030-00150-0080 | | Total Area: | 2,512 sf | Garage: | Yes |
| Last Sale: $92,600 on 05/13/2021 ($51.96/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,031 sf | Pool: | No |
| MVR: 0.567 | Market Value: $163,346 | Distance: | 0.57 miles | Year Built: | 2006 | Stories: | 1 |
| 8. 86 RYAN DR | | Parcel ID # | | Lot Size: | 11,586 sf | Waterfront: | No |
| PALM COAST, FL 32164-6477 | | 07-11-31-7029-00640-0020 | | Total Area: | 2,626 sf | Garage: | Yes |
| Last Sale: $285,000 on 05/11/2021 ($162.12/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,096 sf | Pool: | No |
| MVR: 1.912 | Market Value: $149,082 | Distance: | 0.54 miles | Year Built: | 2003 | Stories: | 0 |
| 9. 48 RANDOLPH DR | | Parcel ID # | | Lot Size: | 10,018 sf | Waterfront: | No |
| PALM COAST, FL 32164-6822 | | 07-11-31-7030-00560-0350 | | Total Area: | 2,524 sf | Garage: | Yes |
| Last Sale: $230,000 on 05/10/2021 ($124.59/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,140 sf | Pool: | No |
| MVR: 1.407 | Market Value: $163,462 | Distance: | 0.53 miles | Year Built: | 2005 | Stories: | 0 |
| 10. 7 RADIUS PL | | Parcel ID # | | Lot Size: | 10,105 sf | Waterfront: | No |
| PALM COAST, FL 32164-5015 | | 07-11-31-7030-00380-0100 | | Total Area: | 1,967 sf | Garage: | Yes |
| Last Sale: $216,000 on 04/30/2021 ($140.72/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 1,770 sf | Pool: | No |
| MVR: 1.571 | Market Value: $137,513 | Distance: | 0.4 miles | Year Built: | 2002 | Stories: | 0 |
| 11. 23 RANWOOD LN | | Parcel ID # | | Lot Size: | 12,545 sf | Waterfront: | No |
| PALM COAST, FL 32164-6802 | | 07-11-31-7030-00550-0120 | | Total Area: | 2,702 sf | Garage: | Yes |
| Last Sale: $35,000 on 04/30/2021 ($19.01/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,204 sf | Pool: | No |
| MVR: 0.203 | Market Value: $172,015 | Distance: | 0.43 miles | Year Built: | 2006 | Stories: | 1 |
| 12. 17 ROYALE LN | | Parcel ID # | | Lot Size: | 8,755 sf | Waterfront: | No |
| PALM COAST, FL 32164-8825 | | 07-11-31-5315-00000-0450 | | Total Area: | 2,508 sf | Garage: | Yes |
| Last Sale: $229,000 on 04/18/2021 ($129.67/SF) | | Bedrooms: 0 | Baths: 3 | Living Area: | 2,087 sf | Pool: | No |
| MVR: 1.254 | Market Value: $182,615 | Distance: | 0.27 miles | Year Built: | 2005 | Stories: | 1 |
| 13. 21 ROYAL TERN LN | | Parcel ID # | | Lot Size: | 10,018 sf | Waterfront: | No |
| PALM COAST, FL 32164-6903 | | 07-11-31-7032-00210-0110 | | Total Area: | 2,728 sf | Garage: | Yes |
| Last Sale: $220,000 on 04/06/2021 ($134.15/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,133 sf | Pool: | No |
| MVR: 1.446 | Market Value: $152,186 | Distance: | 0.72 miles | Year Built: | 1992 | Stories: | 0 |
| 14. 18 RANSHIRE LN | | Parcel ID # | | Lot Size: | 10,018 sf | Waterfront: | No |
| PALM COAST, FL 32164-6805 | | 07-11-31-7030-00550-0290 | | Total Area: | 2,118 sf | Garage: | Yes |
| Last Sale: $245,000 on 03/29/2021 ($148.39/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 1,872 sf | Pool: | No |
| MVR: 1.618 | Market Value: $151,410 | Distance: | 0.44 miles | Year Built: | 2005 | Stories: | 1 |
| 15. 39 RANSHIRE LN | | Parcel ID # | | Lot Size: | 10,105 sf | Waterfront: | No |
| PALM COAST, FL 32164-6805 | | 07-11-31-7030-00560-0220 | | Total Area: | 2,120 sf | Garage: | Yes |
| Last Sale: $227,000 on 03/19/2021 ($137.16/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 1,874 sf | Pool: | No |
| MVR: 1.591 | Market Value: $142,653 | Distance: | 0.45 miles | Year Built: | 2003 | Stories: | 0 |
| 16. 17 WHITE HURST LN | | Parcel ID # | | Lot Size: | 10,000 sf | Waterfront: | No |
| PALM COAST, FL 32164-3926 | | 07-11-31-7023-00390-0150 | | Total Area: | 2,439 sf | Garage: | Yes |
| Last Sale: $249,900 on 03/12/2021 ($145.38/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,044 sf | Pool: | No |
| MVR: 1.629 | Market Value: $153,363 | Distance: | 0.67 miles | Year Built: | 2003 | Stories: | 0 |
| 17. 105 RANDOLPH DR | | Parcel ID # | | Lot Size: | 10,018 sf | Waterfront: | No |
| PALM COAST, FL 32164-6816 | | 07-11-31-7030-00420-0010 | | Total Area: | 2,527 sf | Garage: | Yes |
| Last Sale: $198,000 on 02/16/2021 ($107.20/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,141 sf | Pool: | No |
| MVR: 1.250 | Market Value: $158,437 | Distance: | 0.38 miles | Year Built: | 2004 | Stories: | 1 |
| 18. 39 WHITE DOVE LN | | Parcel ID # | | Lot Size: | 10,000 sf | Waterfront: | No |
| PALM COAST, FL 32164-7248 | | 07-11-31-7023-00500-0110 | | Total Area: | 2,670 sf | Garage: | Yes |
| Last Sale: $270,000 on 02/01/2021 ($157.07/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,065 sf | Pool: | Yes |
| MVR: 1.424 | Market Value: $189,618 | Distance: | 0.72 miles | Year Built: | 2005 | Stories: | 1 |
| 19. 62 RAE DR | | Parcel ID # | | Lot Size: | 10,105 sf | Waterfront: | No |
| PALM COAST, FL 32164-6893 | | 07-11-31-7030-00490-0040 | | Total Area: | 2,293 sf | Garage: | Yes |
| Last Sale: $197,900 on 01/21/2021 ($119.65/SF) | | Bedrooms: 0 | Baths: 2 | Living Area: | 1,933 sf | Pool: | No |

|   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|
| MVR: | 1.294 | Market Value: | $152,985 | Distance: | 0.26 miles | Year Built: | 2005 | Stories: | 0 |
| 20. 73 RADCLIFFE DR PALM COAST, FL 32164-5008 | | | | Parcel ID # 07-11-31-7030-00320-0280 | | Lot Size: Total Area: | 10,018 sf 2,357 sf | Waterfront: Garage: | No Yes |
| Last Sale: $215,000 on 01/14/2021 ($126.10/SF) | | | | Bedrooms: 0 | Baths: 2 | Living Area: | 2,028 sf | Pool: | No |
| MVR: | 1.274 | Market Value: | $168,785 | Distance: | 0.59 miles | Year Built: | 2004 | Stories: | 1 |

© PropertyKey, Inc., 2021 | Information is believed accurate but not guaranteed and should be independently verified. Based on information from the StellarMLS, Inc. for the period 1/1/2000 through 7/5/2021. This information may or may not include all listed expired, withdrawn, pending or sold properties of one or more members of the StellarMLS.



**StellarMLS - IMAPP**
**Flagler County Tax Report - 9 RAMSHORN PL, PALM COAST, FL 32164-6869**
Report Prepared By SANDRA G. CUEVAS

## PROPERTY INFORMATION

**PID #** 07-11-31-7030-00790-0160
**Property Type:** Residential
**Property Address:**
9 RAMSHORN PL
PALM COAST, FL 32164-6869
**Current Owner:**
ENRIQUE RODRIGUEZ NARVAEZ
**Tax Mailing Address:**
MYRNA I RIVERA ORTIZ H&W PO BOX 912
GUAYAMA, PR 00785
**County Use Code:** 01 / SINGLE FAM
**Total Land Area:**
0.23 acres / 10,018 sf
**Land Areas:**
1. RESIDENTIAL - SINGLE FAMILY (01)
**Waterfront:** No
**Subdivision:**
PALM COAST SEC 30
**Census Tract/Block:** 060214 / 2017
**Twn:** 11 / **Rng:** 31 / **Sec:** 07
**Block:** 00790 / **Lot:** 0160
**Neighborhood Code:** 000258.00
**Latitude:** 29.509799
**Longitude:** -81.231504
**Legal Description:**
PALM COAST SECTION 30 BLOCK 00079
LOT 0016 SUBDIVISION COMPLETION
YEAR 1980 OR 318 PG



## VALUE INFORMATION

|  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Improved Value: | $103,143 | $109,474 | $115,160 | $132,737 | $132,737 |
| Extra Features: | $948 | $1,108 | $1,078 | $1,572 | $1,572 |
| Ag Value: |  |  |  |  |  |
| Land Value: | $9,000 | $9,500 | $11,500 | $14,500 | $16,000 |
| Just Market Value: | $112,143 | $118,974 | $126,660 | $147,237 | $148,737 |
| Percent Change: | - n/a - | 6.09% | 6.46% | 16.25% | 1.02% |
| Total Assessed Value: | $112,143 | $118,974 | $126,660 | $139,326 | $148,737 |
| Homestead Exemption: | No | No | No | No | No |
| Total Exemptions: | $0 | $0 | $0 | $0 | $0 |
| Taxable Value: | $112,143 | $118,974 | $126,660 | $139,326 | $148,737 |
| Total Tax Amount: | $2,286.00 | $2,425.77 | $2,580.51 | $2,836.26 | $2,942.59 |

## SALES INFORMATION

| Deed Type: | WARRANTY DEED |  | Price: | $50,300 | Qualifiers: | U1, I |
|---|---|---|---|---|---|---|
| Sale Date: | **Recorded Date:** | 01/07/2004 | Document # | Bk 1028/Pg 1292 |  |  |
| Grantor: | RODRIGUEZ ENRIQUE |  | Grantee: | NARVAEZ ENRIQUE RODRIGUEZ |  |  |
| Mortgage Amount: | $52,100 | Instrument Date: | 10/04/2013 |  | Document # | 2013036435 |
| Lender: | ONEWEST BANK FSB |  | Borrower: | NARVAEZ ENRIQUE RODRIGUEZ |  |  |
| Mortgage Amount: | $100,500 | Recording Date: | 01/07/2004 |  | Document # | Bk 1028/Pg 1292 |
| Lender: | C T X MTG CO L L C |  | Borrower: | NARVAEZ ENRIQUE RODRIGUEZ |  |  |

**Vacant/Improved Codes:** V=Vacant, I=Improved
**Sale Qualifiers:** Q=Qualified, U=Unqualified, O=Other (see note), M=Multiple, P=Partial
[1] UNQUALIFIED - NOT ARMS LENGTH TRANSACTION

## BUILDING INFORMATION

1. SINGLE FAM | Living Area: 1,920 sf | Built: 2004 act / 2004 eff | A/C Type: WINDOW UNIT
   Beds: Baths: 2.0 | Total Area: 2,182 sf | Stories: 1.0 | Heat Type: FORCED AIR - NOT DUCTED
   Roof Type: SHED | Roof Cover: ROLLED COMPOSITION | Heat Fuel:
   Int Wall: DRYWALL | Ext Wall: PREFAB WOOD PANEL | Flooring: PARQUET
   Building Subareas:
   FGR - F GARAGE (413 sf) | BAS - BASE AREA (1,704 sf)
   PTO - PATIO (49 sf) | FOP - F OPN PORCH (16 sf)

## OTHER IMPROVEMENT INFORMATION

| Code | Description | Year Built | Dimensions | Units |
|---|---|---|---|---|
| 001663 | CONCRETE D | 2004 | 0 x 0 | 400 |
| 001666 | CONCRETE W | 2004 | 0 x 0 | 99 |

Covered Parking: Yes  Details: F GARAGE - 413 sf    Pool: No

## PERMITS

| Permit Description | Permit Number | Issue Date | Completion Date |
|---|---|---|---|
| NEW/RES | PC-0007150402- | 02/04/2004 | |

## SCHOOL DISTRICTS

| School Name | Grades | Enrollment | School Rating | Distance |
|---|---|---|---|---|
| Rymfire Elementary School | PK-06 | 1,066 | B (2019/2020) | 1.4 mile |
| ⊘ Above Average Teachers  ⊘ Above Average Standardized Testing Scores | | | | |
| Buddy Taylor Middle School | 06-08 | 907 | C (2019/2020) | 1.5 mile |
| Large Class Sizes | | | | |
| Flagler-Palm Coast High School | 09-12 | 2,601 | B (2019/2020) | 2.6 miles |
| Large Class Sizes | | | | |

Source: National Center for Education Statistics, 2018-2019; Florida Dept of Education, 2019-2020

## FLOOD ZONE DETAILS

| Zone | Description | Panel # | Publication Date |
|---|---|---|---|
| X | Area that is determined to be outside the 1% and 0.2% chance floodplains. | 12035C0138E | 06/06/2018 |

Source: FEMA National Flood Hazard Layer (NFHL), updated 08/31/2018

© PropertyKey.com, Inc., 2021 | Information is believed accurate but not guaranteed and should be independently verified.



Ramshorn Place #9

| | |
|---|---|
| First Floor | 1721 S.F. |
| Garage | 415 S.F. |
| Entry | 16 S.F. |
| Total Area: | 2152 S.F. |

w.WayneHomes.com







*Exhibit B*

# LISTING AGREEMENT



## MR. ENRIQUE RODRÍGUEZ NARVAEZ

PROPERTY ADRESS:

**9 RAMSHORN PLACE
PALM COAST, FL 32164**

G2G REAL ESTATE, LLC. | 736 W. STATE ROAD 434, LONGWOOD, FL 32750 | M 407-314-9971

# TABLE OF CONTENTS

LISTING AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 - 5

PROPERTY TAXES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

PUBLIC RECORDS COMPARABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 - 9

PUBLC RECORD INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10 - 11

FLOOR PLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ROOF REPAIR QUOTE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

PICTURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 -16

Authentisign ID: 567DBBA6-B5C4-4186-A5E6-2803F3693C19

**Exclusive Right of Sale Listing Agreement** 

1   This Exclusive Right of Sale Listing Agreement ("Agreement") is between
2*  _____ENRIQUE RODRIGUEZ NARVAEZ_____ ("Seller")
3*  and _____G2G REAL ESTATE LLC/SANDRA G. CUEVAS_____ ("Broker").

4   **1. Authority to Sell Property: Seller** gives **Broker** the EXCLUSIVE RIGHT TO SELL the real and personal
5   property (collectively "Property") described below, at the price and terms described below, beginning
6*  _____6/24/2021_____ and terminating at 11:59 p.m. on _____9/30/2021_____ ("Termination Date"). Upon
7   full execution of a contract for sale and purchase of the Property, all rights and obligations of this Agreement will
8   automatically extend through the date of the actual closing of the sales contract. **Seller** and **Broker** acknowledge
9   that this Agreement does not guarantee a sale. This Property will be offered to any person without regard to race,
10  color, religion, sex, handicap, familial status, national origin, or any other factor protected by federal, state, or local
11  law. **Seller** certifies and represents that she/he/it is legally entitled to convey the Property and all improvements.

12  **2. Description of Property:**
13*     **(a) Street Address:** _____9_____ Ramshorn Pl
14      Palm Coast    FL   32164-6869
15*     Legal Description: PALM COAST SECTION 30 BLOCK 00079 LOT 0016 SUBDIVISION COMPLETION YEAR 1980 OR 318 PG 563 OR 1028 PG
16*     1292    ☐ See Attachment _____

17*     **(b) Personal Property, including appliances:** _____
18*     _____ ☐ See Attachment _____

19      **(c) Occupancy:**
20*     Property ☐ is ☒ is not currently occupied by a tenant. If occupied, the lease term expires _____.

21  **3. Price and Terms:** The property is offered for sale on the following terms or on other terms acceptable to **Seller**:
22*     **(a) Price:** $_____259,900.00_____
23*     **(b) Financing Terms:** ☒ Cash ☒ Conventional ☒ VA ☒ FHA ☐ Other (specify) _____
24*     ☐ **Seller** Financing: **Seller** will hold a purchase money mortgage in the amount of $_____
25*     with the following terms: _____
26*     ☐ Assumption of Existing Mortgage: Buyer may assume existing mortgage for $_____ plus
27*     an assumption fee of $_____. The mortgage is for a term of _____ years beginning in
28*     _____, at an interest rate of _____% ☐ fixed ☐ variable (describe) _____.
29*     Lender approval of assumption ☐ is required ☐ is not required ☐ unknown. **Notice to Seller:** (1) You may
30      remain liable for an assumed mortgage for a number of years after the Property is sold. Check with your
31      lender to determine the extent of your liability. **Seller** will ensure that all mortgage payments and required
32      escrow deposits are current at the time of closing and will convey the escrow deposit to the buyer at closing.
33      (2) Extensive regulations affect **Seller** financed transactions. It is beyond the scope of a real estate licensee's
34      authority to determine whether the terms of your **Seller** financing agreement comply with all applicable laws or
35      whether you must be registered and/or licensed as a loan originator before offering **Seller** financing. You are
36      advised to consult with a legal or mortgage professional to make this determination.
37*     **(c) Seller Expenses: Seller** will pay mortgage discount or other closing costs not to exceed _____0_____% of the
38      purchase price and any other expenses **Seller** agrees to pay in connection with a transaction.

39  **4. Broker Obligations: Broker** agrees to make diligent and continued efforts to sell the Property in accordance with
40      this Agreement until a sales contract is pending on the Property.

41  **5. Multiple Listing Service:** Placing the Property in a multiple listing service (the "MLS") is beneficial to **Seller**
42      because the Property will be exposed to a large number of potential buyers. As a MLS participant, **Broker** is
43      obligated to enter the Property into the MLS within one (1) business day of marketing the Property to the public
44      (see Paragraph 6(a)) or as necessary to comply with local MLS rule(s). This listing will be published accordingly in
45      the MLS unless **Seller** directs **Broker** otherwise in writing. (See paragraph 6(b)(i)). **Seller** authorizes **Broker** to
46      report to the MLS this listing information and price, terms, and financing information on any resulting sale for use
47      by authorized Board / Association members and MLS participants and subscribers unless **Seller** directs **Broker**
48      otherwise in writing.

Seller (ERN) (___) and Broker/Sales Associate (___) (___) acknowledge receipt of a copy of this page, which is Page 1 of 4.
ERS-18tb Rev 5/20                                                                                          © 2020 Florida Realtors®

This software is licensed to [Mrs. Sandra Cuevas - G2G REAL ESTATE LLC] www.transactiondesk.com.    InstanetFORMS

6. **Broker Authority:** **Seller** authorizes **Broker** to:
   (a) Market the Property to the Public (unless limited in Paragraph 6(b)(i) below):
      (i) Public marketing includes, but is not limited to, flyers, yard signs, digital marketing on public facing websites, brokerage website displays (i.e. IDX or VOW), email blasts, multi-brokerage listing sharing networks and applications available to the general public.
      (ii) **Public marketing also includes marketing the Property to real estate agents outside Broker's office.**
      (iii) Place appropriate transaction signs on the Property, except if Paragraph 6(b)(i) is checked below.
      (iv) Use **Seller's** name in connection with marketing or advertising the Property.
      ☒ Display the Property on the Internet except the street address.
   (b) Not Publicly Market to the Public/Seller Opt-Out:
      (i.) ☐ **Seller** does not authorize **Broker** to display the Property on the MLS.
      (ii.) **Seller** understands and acknowledges that if **Seller** checks option 6(b)(i), a For Sale sign will not be placed upon the Property and
      (iii.) **Seller** understands and acknowledges that if **Seller** checks option 6(b)(i), **Broker** will be limited to marketing the Property only to agents within **Broker's** office.
      _____/_____ **Initials of Seller**
   (c) Obtain information relating to the present mortgage(s) on the Property.
   (d) Provide objective comparative market analysis information to potential buyers.
   (e) **(Check if applicable)** ☒ Use a lock box system to show and access the Property. A lock box does not ensure the Property's security. **Seller** is advised to secure or remove valuables. **Seller** agrees that the lock box is for **Seller's** benefit and releases **Broker**, persons working through **Broker**, and **Broker's** local Realtor Board / Association from all liability and responsibility in connection with any damage or loss that occurs.
   ☐ Withhold verbal offers. ☒ Withhold all offers once **Seller** accepts a sales contract for the Property.
   (f) Act as a transaction broker.
   (g) **Virtual Office Websites:** Some real estate brokerages offer real estate brokerage services online. These websites are referred to as Virtual Office Websites ("VOWs"). An automated estimate of market value or reviews and comments about a property may be displayed in conjunction with a property on some VOWs. Anyone who registers on a VOW may gain access to such automated valuations or comments and reviews about any property displayed on a VOW. Unless limited below, a VOW may display automated valuations or comments and reviews about this Property.
   ☐ **Seller** does not authorize an automated estimate of the market value of the listing (or a hyperlink to such estimate) to be displayed in immediate conjunction with the listing of this Property.
   ☐ **Seller** does not authorize third parties to write comments or reviews about the listing of the Property (or display a hyperlink to such comments or reviews) in immediate conjunction with the listing of this Property.

7. **Seller Obligations:** In consideration of **Broker's** obligations, **Seller** agrees to:
   (a) Cooperate with **Broker** in carrying out the purpose of this Agreement, including referring immediately to **Broker** all inquiries regarding the Property's transfer, whether by purchase or any other means of transfer.
   (b) Recognize **Broker** may be subject to additional MLS obligations and potential penalties for failure to comply with them.
   (c) Provide **Broker** with keys to the Property and make the Property available for **Broker** to show during reasonable times.
   (d) Inform **Broker** before leasing, mortgaging, or otherwise encumbering the Property.
   (e) Indemnify **Broker** and hold **Broker** harmless from losses, damages, costs, and expenses of any nature, including attorney's fees, and from liability to any person, that **Broker** incurs because of (1) **Seller's** negligence, representations, misrepresentations, actions, or inactions; (2) the use of a lock box; (3) the existence of undisclosed material facts about the Property; or (4) a court or arbitration decision that a broker who was not compensated in connection with a transaction is entitled to compensation from **Broker**. This clause will survive **Broker's** performance and the transfer of title.
   (f) Perform any act reasonably necessary to comply with FIRPTA (Section 1445 of the Internal Revenue Code).
   (g) Make all legally required disclosures, including all facts that materially affect the Property's value and are not readily observable or known by the buyer. **Seller** certifies and represents that **Seller** knows of no such material facts (local government building code violations, unobservable defects, etc.) other than the following: None known.
   **Seller** will immediately inform **Broker** of any material facts that arise after signing this Agreement.
   (h) Consult appropriate professionals for related legal, tax, property condition, environmental, foreign reporting requirements, and other specialized advice.

Seller (*ERN*) (\_\_\_\_) and Broker/Sales Associate (\_\_\_\_) (\_\_\_\_) acknowledge receipt of a copy of this page, which is Page 2 of 4.
ERS-18tb Rev 5/20 © 2020 Florida Realtors®

This software is licensed to [Mrs. Sandra Cuevas - G2G REAL ESTATE LLC] www.transactiondesk.com.    instanetFORMS

8. **Compensation: Seller** will compensate **Broker** as specified below for procuring a buyer who is ready, willing, and able to purchase the Property or any interest in the Property on the terms of this Agreement or on any other terms acceptable to **Seller. Seller** will pay **Broker** as follows (plus applicable sales tax):
   (a) ____8____ % of the total purchase price plus $_____ OR $_____, no later than the date of closing specified in the sales contract. However, closing is not a prerequisite for **Broker's** fee being earned.
   (b) _____ ($ or %) of the consideration paid for an option, at the time an option is created. If the option is exercised, **Seller** will pay **Broker** the Paragraph 8(a) fee, less the amount **Broker** received under this subparagraph.
   (c) _____ ($ or %) of gross lease value as a leasing fee, on the date **Seller** enters into a lease or agreement to lease, whichever is earlier. This fee is not due if the Property is or becomes the subject of a contract granting an exclusive right to lease the Property.
   (d) **Broker's** fee is due in the following circumstances: (1) If any interest in the Property is transferred, whether by sale, lease, exchange, governmental action, bankruptcy, or any other means of transfer, regardless of whether the buyer is secured by **Seller, Broker**, or any other person. (2) If **Seller** refuses or fails to sign an offer at the price and terms stated in this Agreement, defaults on an executed sales contract, or agrees with a buyer to cancel an executed sales contract. (3) If, within ___30___ days after Termination Date ("Protection Period"), **Seller** transfers or contracts to transfer the Property or any interest in the Property to any prospects with whom **Seller, Broker**, or any real estate licensee communicated regarding the Property before Termination Date. However, no fee will be due **Broker** if the Property is relisted after Termination Date and sold through another broker.
   (e) **Retained Deposits:** As consideration for **Broker's** services, **Broker** is entitled to receive _____% (50% if left blank) of all deposits that **Seller** retains as liquidated damages for a buyer's default in a transaction, not to exceed the Paragraph 8(a) fee.

9. **Cooperation with and Compensation to Other Brokers: Notice to Seller:** The buyer's broker, even if compensated by **Seller** or **Broker**, may represent the interests of the buyer. **Broker's** office policy is to cooperate with all other brokers except when not in **Seller's** best interest and to offer compensation in the amount of
   ☒ __3__ % of the purchase price or $_____ to a single agent for the buyer; ☒ _____% of the purchase price or $_____ to a transaction broker for the buyer; and ☒ __3__ % of the purchase price or $_____ to a broker who has no brokerage relationship with the buyer.
   ☐ None of the above. (If this is checked, the Property cannot be placed in the MLS.)

10. **Brokerage Relationship: Broker** will act as a transaction broker. **Broker** will deal honestly and fairly; will account for all funds; will use skill, care, and diligence in the transaction; will disclose all known facts that materially affect the value of the residential property which are not readily observable to the buyer; will present all offers and counteroffers in a timely manner unless directed otherwise in writing; and will have limited confidentiality with **Seller** unless waived in writing.

11. **Conditional Termination:** At **Seller's** request, **Broker** may agree to conditionally terminate this Agreement. If **Broker** agrees to conditional termination, **Seller** must sign a withdrawal agreement, reimburse **Broker** for all direct expenses incurred in marketing the Property, and pay a cancellation fee of $_____500.00_____ plus applicable sales tax. **Broker** may void the conditional termination, and **Seller** will pay the fee stated in Paragraph 8(a) less the cancellation fee if **Seller** transfers or contracts to transfer the Property or any interest in the Property during the time period from the date of conditional termination to Termination Date and Protection Period, if applicable.

12. **Dispute Resolution:** This Agreement will be construed under Florida law. All controversies, claims, and other matters in question between the parties arising out of or relating to this Agreement or the breach thereof will be settled by first attempting mediation under the rules of the American Mediation Association or other mediator agreed upon by the parties. If litigation arises out of this Agreement, the prevailing party will be entitled to recover reasonable attorney's fees and costs, unless the parties agree that disputes will be settled by arbitration as follows: **Arbitration:** By initialing in the space provided, **Seller** (____) (____), Sales Associate (____), and **Broker** (____) agree that disputes not resolved by mediation will be settled by neutral binding arbitration in the county in which the Property is located in accordance with the rules of the American Arbitration Association or other arbitrator agreed upon by the parties. Each party to any arbitration (or litigation to enforce the arbitration provision of this Agreement or an arbitration award) will pay its own fees, costs, and expenses, including attorney's fees, and will equally split the arbitrator's fees and administrative fees of arbitration.

13. **Miscellaneous:** This Agreement is binding on **Seller's** and **Broker's** heirs, personal representatives, administrators, successors, and assigns. **Broker** may assign this Agreement to another listing office. This

Seller (____) (____) and Broker/Sales Associate (____) (____) acknowledge receipt of a copy of this page, which is Page 3 of 4.
ERS-18tb Rev 5/20 © 2020 Florida Realtors®

This software is licensed to [Mrs. Sandra Cuevas - G2G REAL ESTATE LLC] www.transactiondesk.com. InstanetFORMS

162 Agreement is the entire agreement between **Seller** and **Broker**. No prior or present agreements or representations
163 will be binding on **Seller** or **Broker** unless included in this Agreement. Electronic signatures are acceptable and
164 will be binding. Signatures, initials, and modifications communicated by facsimile will be considered as originals.
165 The term "buyer" as used in this Agreement includes buyers, tenants, exchangors, optionees, and other categories
166 of potential or actual transferees.

167* **14. Additional Terms:**

168
169
170
171
172
173
174
175
176
177
178

179
180* **Seller's Signature:** _ENRIQUE RODRIGUEZ NARVAEZ_ Date: 06/25/2021
    6/25/2021 9:10:08 PM EDT
181* Home Telephone: _____ Work Telephone: _____ Facsimile: _____
182* Address: 9 Ramshorn Pl                    Palm Coast         FL    32164-6869
183* Email Address: ERNDEVELOPMENT@YAHOO.COM

184* **Seller's Signature:** _____ Date: _____
185* Home Telephone: _____ Work Telephone: _____ Facsimile: _____
186* Address: _____
187* Email Address: _____
188* **Authorized Sales Associate or Broker:** _____ Date: 06/25/2021
    6/25/2021 5:02:47 PM EDT
189* Brokerage Firm Name: G2G REAL ESTATE LLC/SANDRA G. CUEVAS  Telephone: 407-314-9971
190* Address: 736 W State Rd 434               Longwood         FL    32750

191* | Copy returned to **Seller** on __06/25/2021__ by ☒ email ☐ facsimile ☐ mail ☐ personal delivery. |

Florida REALTORS® makes no representation as to the legal validity or adequacy of any provision of this form in any specific transaction. This standardized form should not be used in complex transactions or with extensive riders or additions. This form is available for use by the entire real estate industry and is not intended to identify the user as REALTOR®. REALTOR® is a registered collective membership mark which may be used only be real estate licensees who are members of the NATIONAL ASSOCIATION OF REALTORS® and who subscribe to its Code of Ethics. The copyright laws of United States (17 U.S. Code) forbid the unauthorized reproduction of this form by any means including facsimile or computerized forms.

Seller (_ERN_) (____) and Broker/Sales Associate (__) (____) acknowledge receipt of a copy of this page, which is Page 4 of 4.
ERS-18tb Rev 5/20                                                    © 2020 Florida Realtors®

This software is licensed to [Mrs. Sandra Cuevas - G2G REAL ESTATE LLC] www.transactiondesk.com.           InstanetFORMS

*Exhibit C*

# G2G Real Estate, LLC.

TO: Atty. Victor Gratacos

FROM: Sandra G. Cuevas
Lic. Real Estate Broker

DATE: **August 16, 2021**

REF: **Sales and Purchase Contract - 9 Ramshorn Place, Palm Coast, FL 32164**

Hello Atty. Victor Gratacos, it is with great pleasure that I am writing to inform you that we have received a Sales and Purchase contract for the aforementioned property from Mr. James Tierney, buyer, which has no relationship to Mr. Enrique Rodriguez Narvaez.

The offer was accepted yesterday, 8/15/2021 and includes a closing date of September 17, 2021.

Please note that the roof must be completely replaced before closing on the property.

Following are the Sales and Purchase details:

Estimated Costs of the Sales:

| | |
|---|---|
| Sales Price: | $275,000.00 |
| Mortgage Payoff: | (28,000.00) |
| Buyer's Credit: | (10,000.00) |
| Real Estate Commission: | (22,000.00) |
| Estimate Closing Costs: | (8,000.00) |
| **Estimated** Net Proceeds: | **$207,000.00** |

Please let me know if you have any questions or need any additional information/documentation.

Regards!

*[signature]*

736 West St. Rd. 434, Longwood, FL 32746 | 407-314-9971 | Sandra.g2gre@gmail.com

# SUZANNE JOHNSTON Flagler County Tax Collector

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
2020 Paid Real Estate

Exhibit D

| TAX YEAR | ACCOUNT NUMBER | ALT KEY | MILLAGE CODE | ESCROW CODE |
|---|---|---|---|---|
| 2020 | 0711317030007900160 | 35750 | 061 | CL-0012322 |

NARVAEZ ENRIQUE RODRIGUEZ &
MYRNA I RIVERA ORTIZ H&W
PO BOX 912
GUAYAMA, PR   00785

9 RAMSHORN PL
PALM COAST, FL 32164

PALM COAST SECTION 30 BLOCK 00079 LOT 0016 SUBDIVISION COMPLETION YEAR 1980 OR 318 PG 563 OR 1028 PG 1292

Flagler County Suzanne Johnston
Paid By  NATIONSTAR MTG LLC DE
$2,824.89
11/30/2020
Receipt #  EEX-20-00037170

## AD VALOREM TAXES

| TAXING AUTHORITY | TELEPHONE | ASSESSED VALUE | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|---|
| FLAGLER COUNTY | | | | | | |
| GENERAL FUND | 386-313-4008 | 148,737 | 8.1297 | 0 | 148,737 | 1,209.19 |
| ESL | 386-313-4008 | 148,737 | 0.1250 | 0 | 148,737 | 18.59 |
| 2015 G O BONDS | 386-313-4008 | 148,737 | 0.2050 | 0 | 148,737 | 30.49 |
| 2009/2016 ESL BONDS | 386-313-4008 | 148,737 | 0.1250 | 0 | 148,737 | 18.59 |
| FLAGLER COUNTY SCHOOL BOARD | | | | | | |
| GENERAL FUND | 386-437-7526 | 148,737 | 3.7540 | 0 | 148,737 | 558.36 |
| DISCRETIONARY | 386-437-7526 | 148,737 | 0.7480 | 0 | 148,737 | 111.26 |
| CAP. OUTLAY | 386-437-7526 | 148,737 | 1.5000 | 0 | 148,737 | 223.10 |
| CITY OF PALM COAST | 386-986-3723 | 148,737 | 4.6989 | 0 | 148,737 | 698.90 |
| MOSQUITO CONTROL | 386-437-0002 | 148,737 | 0.2375 | 0 | 148,737 | 35.33 |
| ST. JOHNS RIVER WATER MGMT | 386-329-4500 | 148,737 | 0.2287 | 0 | 148,737 | 34.02 |
| FIND | 561-627-3386 | 148,737 | 0.0320 | 0 | 148,737 | 4.76 |
| TOTAL MILLAGE | | 19.7838 | | | TOTAL AD VALOREM TAXES | $2,942.59 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | TELEPHONE | RATE | AMOUNT |
|---|---|---|---|
| | | TOTAL NON-AD VALOREM TAXES | $0.00 |
| | | TOTAL COMBINED TAXES AND ASSESSMENTS | $2,942.59 |

| If Paid By | Nov 30, 2020 | | | |
|---|---|---|---|---|
| Please Pay | 2,824.89 | | | |

RETAIN FOR YOUR RECORDS

Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
2020 Paid Real Estate

| ACCOUNT NUMBER | ALT KEY |
|---|---|
| 0711317030007900160 | 35750 |
| PROPERTY ADDRESS | |
| 9 RAMSHORN PL PALM COAST, FL 32164 | |

NARVAEZ ENRIQUE RODRIGUEZ &
MYRNA I RIVERA ORTIZ H&W
PO BOX 912
GUAYAMA, PR   00785

Make checks payable to:

**Suzanne Johnston**
**Flagler County Tax Collector**
PO Box 846 Bunnell, FL 32110
386-313-4160

Pay online at www.Flaglertax.com

*Payments in U.S. funds from a U.S. bank*

**PAY ONLY ONE AMOUNT**

If Paid By Nov 30, 2020
☐ 2,824.89
If Paid By
☐
If Paid By
☐
If Paid By
☐

DO NOT FOLD, STAPLE, OR MUTILATE

RETURN WITH PAYMENT

Paid    NATIONSTAR MTG LLC DBA MR. COOPER 11/30/2020    Receipt #    EEX-20-00037170    From_advance_de    $2,824.89