**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**ENRIQUE RODRIGUEZ NARVAEZ**<br>**MIRNA IRIS RIVERA ORTIZ**<br><br>**DEBTORS** | **CASE NO. 18-02044 EAG**<br><br>**CHAPTER 11** |

**MOTION TO SUBMIT OPERATING REPORT**
**FOR THE PERIOD OF FEBRUARY 2022**

**TO THE HONORABLE COURT:**

**COMES NOW** Debtors through the undersigned attorney and respectfully requests and prays for the following:

1. On April 16, 2018, Debtor, Enrique Rodríguez Narvaez and Mirna Iris Rivera Ortiz, filed a voluntary petition for relief pursuant chapter 11 of the Bankruptcy Code which the plan was confirmed.

2. Through this motion, Debtors submits the Monthly Operating Report ("MOR") for the period of February 2022 in compliance with P.R. LBR 2015-2 (a).

3. Debtors request for this Honorable Court to take notice of the above mentioned operating report.

**WHEREFORE,** Debtors prays for this Honorable Court to note the filing of the instant report, with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that this motion has been electronically filed using CM/ECF system and that a copy of the same was forwarded to the office of the U.S. Trustee and all other parties in interest.

In Caguas, Puerto Rico, this April 1st, 2022

**VICTOR GRATACÓS DIAZ LAW OFFICE**
P.O. BOX 7571
CAGUAS, PR 00726
P: (787) 746-4772
F: (787) 746-3633
E: bankruptcy@gratacoslaw.com

/s *Víctor Gratacós Díaz (*127906)