IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ENRIQUE RODRIGUEZ NARVAEZ<br>MIRNA IRIS RIVERA ORTIZ<br><br>xx-xx-7358<br>xx-xx-8735<br>Debtor(s) | CASE NO. 18-02044-EAG11<br>Chapter 11<br><br><br><br><br>FILED & ENTERED ON APR/20/2022 |

ORDER

Debtors' Answer to the Order to Show Cause (docket #250) is NOTED. The Request for an Extension of Time to file Application for Compensation of Attorney is hereby granted. Order due by May 9, 2022.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of April, 2022.

Edward A. Godoy
United States Bankruptcy Judge