**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>ENRIQUE RODRIGUEZ NARVAEZ<br>MYRNA IRIS RIVERA ORTIZ<br>DEBTORS | CASE NO. 18-02044 EAG<br><br>CHAPTER 11 |

**ATTORNEY'S APPLICATION FOR COMPENSATION**

**TO THE HONORABLE COURT:**

**COMES NOW** Debtors and the undersigned attorney, Victor Gratacós Díaz ("Applicant"), respectfully states and prays as follows:

Pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Puerto Rico Local Bankruptcy Rules, this application represents:

1. On April 16, 2018, Debtors, Enrique Rodriguez Narvaez and Myrna Iris Rivera Ortiz filed their instant voluntary petition pursuant chapter 11 of the Bankruptcy Code, 11 U.S.C. §1101 et.seq.

2. Since February 17, 2020 to April 18, 2022, Applicant has performed the services included in **Exhibit A** hereto, which have been performed at the rate of $200.00 per hour. The services performed by Applicant and to which this application refers were rendered all in relation to Debtors' Chapter 11 bankruptcy proceedings. The source of the funds to be paid to Applicant by Debtors', if approved and ordered by this Honorable Court, shall be from the funds as may be available to Debtors.

3. The total services performed by Applicant amount to $52,370.00 for fees, less the pre-petition amount provided of $5,000.00, for a total amount due of $47,370.00.

4. Applicant has forwarded a copy to Debtor, who has approved the same.

5. The undersigned requests this Honorable Court to enter an order approving the instant application for the amount of $47,370.00 for fees as per the confirmed plan, with any other procedure that in accordance to law deems just and proper.

**WHEREFORE:** Applicant requests an order approving the instant application with the amount of $47,370.00 in fees with any other procedure that in accordance to law deems just and proper.

**RESPECTFULLY SUBMITTED**

## NOTICE

You are hereby notified of the filing of this Attorney's Application for Compensation filed by Debtors and the undersigned. If within twenty-one (21) days after service as evidenced by this certification, and an addition three (3) days if you were served by mail pursuant to F.R.B.P. 9006(f), any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or the appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the stipulation will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law, (II) the requested relief is against public policy, (III) in the opinion of the Court the interests of justice requires otherwise.

**I HEREBY CERTIFY** that this motion has been electronically filed using CM/ECF system and that a copy of the same was forward to the office of the U.S. Trustee and to all parties in interest.

In Caguas, Puerto Rico, this Monday, May 9, 2022

VÍCTOR GRATACÓS DÍAZ LAW OFFICE
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746- 4772 & FAX: (787) 746- 3633
EMAIL: bankruptcy@gratacoslaw.com

By: /s/ Víctor Gratacós-Díaz (127906)

ENRIQUE RODRIGUEZ NARVAEZ // 18-02044 EAG                                                           EXHIBIT A
MYRNA IRIS RIVERA ORTIZ
PO BOX 912
GUAYAMA, PR 00785

RE: PROFESSIONAL SERVICES INVOICE

| DATE | DESCRIPTION | TIME | HOUR | TOTAL |
|---|---|---|---|---|
| February 17, 2020 | INITIAL DEBTORS INTERVIEW | 2.5 | $200.00 | $500.00 |
| February 19, 2020 | MEETING WITH DEBTORS TO TALK ABOUT THE CASE 18-02044 | 1.5 | $200.00 | $300.00 |
| February 21, 2020 | PREPARE AND FILED MOTION TO ASSUME LEGAL REPRESENTATION OF DEBTORS IN CASE 18-02044 AND PREPARE PLAN OF ACTION DKT 91 | 2 | $200.00 | $400.00 |
| February 24, 2020 | STUDY THE FILE OF THE CHAPTER 11 CASE, DISCLOSURE AND PAYMENT PLAN | 3 | $200.00 | $600.00 |
| March 6, 2020 | PREPARE AND FILED MOTION FOR EXTENSION OF TIME DKT 95 | 1 | $200.00 | $200.00 |
| March 10, 2020 | STUDY ALL DOCKETS AND PROOF OF CLAIMS OF THE CASE | 3 | $200.00 | $600.00 |
| March 11, 2020 | PREPARE AND FILE MOTION FOR ANSWER TO SHOW CAUSE AND REQUEST EXTENSION OF TIME DKT 97 | 2 | $200.00 | $400.00 |
| March 15, 2020 | DISCUSS WITH DEBTORS HIRING OF UNDERSIGNED AS LEGAL COUNSEL | 2 | $200.00 | $400.00 |
| March 16, 2020 | PREPARE AND FILED MOTION FOR APPLICATION TO EMPLOY ATTORNEY DKT 101 | 1.5 | $200.00 | $300.00 |
| March 20, 2020 | INITIAL CONVERSATION WITH ATTORNEY LUIS VIVAS REPRESENTING CREDITOR LOPEZ ENTERPRISES | 1.5 | $200.00 | $300.00 |
| March 21, 2020 | MEETING WITH COORDINATOR OF PROJECT SALE, CHARLES ECKART | 1.5 | $200.00 | $300.00 |
| March 22, 2020 | MEETING WITH DEBTORS AND CREDITORS TO DISCUSS SALE | 1.5 | $200.00 | $300.00 |
| April 7, 2020 | MEETING WITH DEBTORS TO DISCUSS DRAFT OF MONTHLY OPERATING REPORT FOR FEBRUARY 2020 | 0.5 | $200.00 | $100.00 |
| April 14, 2020 | REVIEW AND FILE FINAL DRAFT OF MOR FOR FEBRUARY 2020 DKT 102 | 1 | $200.00 | $200.00 |
| April 21, 2020 | REVIEW AND FILE MOR FOR MARCH 2020 DKT 103 | 1 | $200.00 | $200.00 |
| April 22, 2020 | REVIEW CASE OF GUAYAMA OF LOPEZ ENTERPRISES | 2 | $200.00 | $400.00 |
| April 23, 2020 | MEETING WITH ATTORNEY VIVAS TO DISCUSS SALES | 2 | $200.00 | $400.00 |
| April 24, 2020 | REVIEW LIST OF CREDITORS AND PROOF OF CLAIM OF CASE | 2 | $200.00 | $400.00 |
| April 30, 2020 | MEETING WITH ATTORNEY VIVAS TO DISCUSS POSSIBLE SALES | 1 | $200.00 | $200.00 |
| April 30, 2020 | MEETING WITH DEBTORS TO DISCUSS SEVERAL ISSUES OF SALE AND CLAIMS | 1.5 | $200.00 | $300.00 |
| May 11, 2020 | FOLLOW UP TO SALE AND REQUEST OF PAYMENT BY LOPEZ ENTERPRISES | 1.5 | $200.00 | $300.00 |
| May 18, 2020 | REVIEW AND FILE MOR FOR APRIL 2020 DKT 106 | 1 | $200.00 | $200.00 |
| May 21, 2020 | MEETING WITH ATTORNEY LEDEE TO DISCUSS DEBT WITH DEBTORS | 1 | $200.00 | $200.00 |
| May 28, 2020 | MEETING WIT DEBTORS TO DISCUSS SALE AND PAYMENTS OF CREDITORS | 1 | $200.00 | $200.00 |
| June 1, 2020 | MEETING WITH DEBTORS TO DISCUSS PROGRESS ON SALE | 1.5 | $200.00 | $300.00 |
| June 7, 2020 | MEETING TO DISCUSS DEBT WITH LETTY MARCHAND | 1 | $200.00 | $200.00 |
| June 15, 2020 | MEETING WITH DEBTORS TO DISCUSS EXTENSION TO FILE FINAL DECREE | 1 | $200.00 | $200.00 |
| June 16, 2020 | REVIEW AND FILE MOTION FOR EXTENSION OF TIME TO FINAL APPLICATION FOR FINAL DECREE DKT 107 | 1.5 | $200.00 | $300.00 |
| June 23, 2022 | MEETING WITH CHARLES ECKARDT TO DISCUSS POSSIBLE SALE | 1 | $200.00 | $200.00 |
| June 30, 2020 | MEETING WITH ATTORNEY VIVAS TO DISCUSS PROGRESS OF SALE OF PROJECT DISTRIBUTION OF FUNDS AND EXPLAIN TO DEBTOR | 1.5 | $200.00 | $300.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| July 7, 2020 | MEETING WITH DEBTORS AND CREDITOR TO DISCUSS THE POSSIBLE SALE OF COMMERCIAL LOT OF LAND | 1 | $200.00 | $200.00 |
| July 11, 2020 | MEETING WITH ATTORNEY VIVAS TO DISCUSS OPTIONS OF PAYMENTS | 1.5 | $200.00 | $300.00 |
| July 15, 2020 | MEETING WITH DEBTORS AND CREDITOR TO DISCUSS SALE OF PROJECT | 1.5 | $200.00 | $300.00 |
| July 22, 2020 | MEETING WITH ATTORNEY VIVAS TO PROVIDE FOLLOW UP AS TO PROGRESS OF SALE | 1 | $200.00 | $200.00 |
| July 29, 2020 | MEETING WITH DEBTORS TO DISCUSS SALE OF LOT AND PAYMENTS | 1.5 | $200.00 | $300.00 |
| August 5, 2020 | REVIEW AND FILE MORS FOR MAY AND JUNE 2020 DKT 110 & 111 | 1.5 | $200.00 | $300.00 |
| August 6, 2020 | MEETING WITH DEBTORS TO DISCUSS PROCESS ON SALE OR OTHER OPTIONS | 1 | $200.00 | $200.00 |
| August 17, 2020 | REVIEW AND FILE MOR FOR JULY 2020 DKT 112 | 1 | $200.00 | $200.00 |
| August 17, 2020 | REVIEW AND FILE MOTION EXTENSION OF TIME DKT 113 | 0.5 | $200.00 | $100.00 |
| August 18, 2020 | CALL ATTORNEY VIVAS TO DISCUSS SALE AND PAYMENT TO CREDITOR | 1.5 | $200.00 | $300.00 |
| August 19, 2020 | MEETING WITH DEBTORS TO DISCUSS CLAIM OF LOPEZ ENTERPRISES AND OPTIONS | 1.5 | $200.00 | $300.00 |
| September 7, 2020 | MEETING WITH DEBTORS TO DISCUSS SALE OF LOT OF LAND | 1 | $200.00 | $200.00 |
| September 15, 2020 | CONFERENCE CALL ATTORNEY VIVAS TO DISCUSS SALE AND PARTIAL PAYMENT | 1 | $200.00 | $200.00 |
| September 16, 2020 | MEETING WITH ATTORNEY DIEGO LEDEE TO DISCUSS PROOF OF CLAIM AND DEBT OF MIGUEL VAZQUEZ | 1.5 | $200.00 | $300.00 |
| September 21, 2020 | MEETING WITH ATTORNEY DIEGO LEDEE TO DISCUSS DEBT | 1 | $200.00 | $200.00 |
| September 21, 2020 | REVIEW AND FILE MOR FOR AUGUST 2020 DKT 116 | 1 | $200.00 | $200.00 |
| September 22, 2020 | DISCUSS WITH DEBTORS POSSIBLE SALE OF SECOND LOT AND MEETINGS | 2 | $200.00 | $400.00 |
| September 25, 2020 | CONVERSATION LETTY MARCHAND / ESTATE SANCHEZ RECIO AS TO DEBT | 1.5 | $200.00 | $300.00 |
| September 30, 2020 | REVIEW AND FILE MOTION TO MAKE SALE OF LOT DKT 117 | 3 | $200.00 | $600.00 |
| October 1, 2020 | PAYMENT FEE OF MOTION TO SELL PROPERTY DKT 119 | 1 | $181.00 | $181.00 |
| October 10, 2020 | MEETING WITH DEBTORS TO WORK THE CLAIM OF SUC SANCHEZ RECIO | 1.5 | $200.00 | $300.00 |
| October 19, 2020 | REVIEW AND FILE MOR FOR SEPTEMBER 2020 DKT 122 | 1 | $200.00 | $200.00 |
| October 21, 2020 | MEETING WITH DEBTORS TO DISCUSS OPPOSITION TO SALE BY CRIM | 2 | $200.00 | $400.00 |
| November 12, 2020 | REVIEW AND FILE MOTION FOR EXTENSION OF TIME TO RESOLVE ISSUE WITH CRIM DKT 126 | 1 | $200.00 | $200.00 |
| November 13, 2020 | MEETING WITH DEBTORS TO DISCUSS CRIM ISSUE | 1.5 | $200.00 | $300.00 |
| November 24, 2020 | REVIEW AND FILE MOR FOR OCTOBER 2020 DKT 129 | 1 | $200.00 | $200.00 |
| November 26, 2020 | MEETING WITH DEBTORS TO DISCUSS POSSIBLE SALE OF LOT OF LAND | 1 | $200.00 | $200.00 |
| December 2, 2020 | REVIEW, PREPARE AND FILE TO SALE LOT OF LAND DKT 130 | 2 | $200.00 | $400.00 |
| December 2, 2020 | PREPARE AND FILE MOTION TO REDUCE NOTICE FOR SALE DKT 131 | 1 | $200.00 | $200.00 |
| December 2, 2020 | PAYMENT FEE OF MOTION TO SELL PROPERTY DKT 132 | 1 | $188.00 | $188.00 |
| December 3, 2020 | REVIEW COURT ORDER DKT 133 | 0.5 | $200.00 | $100.00 |
| December 15, 2020 | REVIEW AND DISCUSS WITH DEBTORS THE COURT ORDER FOR CRIM DKT 135 | 2 | $200.00 | $400.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| December 21, 2020 | REVIEW ORDER ENTER FOR SALE DKT 137 | 1 | $200.00 | $200.00 |
| December 23, 2020 | REVIEW AND FILE MOR FOR NOVEMBER 2020 DKT 138 | 1 | $200.00 | $200.00 |
| December 28, 2020 | REVIEW, PREPARE AND FILE MOTION EXTENSION OF TIME DKT 140 | 1 | $200.00 | $200.00 |
| December 30, 2020 | REVIEW CASE FILE DOCKETS AND CLAIMS | 1 | $200.00 | $200.00 |
| December 30, 2020 | MEETING WITH DEBTORS TO DISCUSS CRIM ISSUE AND SECOND SALE | 1.5 | $200.00 | $300.00 |
| January 4, 2021 | MEETING WITH ATTORNEY VIVAS TO DISCUSS SALE AND PAYMENT OF DEBT | 1.5 | $200.00 | $300.00 |
| January 4, 2021 | MEETING WITH ATTORNEY DIEGO LEDEE TO DISCUSS PROOF OF CLAIM DEBT | 1.5 | $200.00 | $300.00 |
| January 11, 2021 | MEETING WITH CRIM TO DISCUSS MATTERS OF CRIM DEBT | 1 | $200.00 | $200.00 |
| January 13, 2021 | MEETING WITH DEBTORS TO DISCUSS ISSUES WITH SALE AND CRIM | 2 | $200.00 | $400.00 |
| January 21, 2021 | MEETING WITH ATTORNEY VIVAS FOR CLAIM OF LOPEZ ENTERPRISES | 2 | $200.00 | $400.00 |
| January 24, 2021 | MEETING WITH CHARLES ECKARDT TO DISCUSS PROGRESS OF SALE OF PROJECT | 1 | $200.00 | $200.00 |
| January 27, 2021 | DISCUSS, PREPARE AND FILE MOTION TO WITHDRAW SALE DUE TO TIME NEEDED TO RESOLVE CRIM ISSUE DKT 143 | 2 | $200.00 | $400.00 |
| January 28, 2021 | MEETING WITH LETTY MARCHAND AS TO CREDITOR CLAIM | 1 | $200.00 | $200.00 |
| February 1, 2021 | REVIEW AND FILE MOR FOR DECEMBER 2020 DKT 145 | 1 | $200.00 | $200.00 |
| February 2, 2021 | MEETING WITH ATTORNEY DIEGO LEDEE TO DISCUSS DEBT AND BALANCE | 1.5 | $200.00 | $300.00 |
| February 3, 2021 | MEETING WITH ATTORNEY VIVAS TO PROVIDE STATUS OF SALE AND PAYMENT | 2 | $200.00 | $400.00 |
| February 11, 2021 | MEETING WITH DEBTORS TO DISCUSS PROPOSAL FOR SECOND SALE | 2 | $200.00 | $400.00 |
| February 16, 2021 | MEETING WITH ATTORNEY DIEGO LEDEE REPRESENTING SUC VAZQUEZ TO SETTLE DEBT | 2 | $200.00 | $400.00 |
| February 16, 2021 | REVIEW AND FILE MOR FOR JANUARY 2021 DKT 147 | 1 | $200.00 | $200.00 |
| February 18, 2021 | FILE SECOND MOTION TO MAKE SALE TO PAY SUC VAZQUEZ AND A PARTIAL PAYMENT FOR LOPEZ ENTERPRISES DKT 148, 149 & 150 | 2 | $200.00 | $400.00 |
| February 18, 2021 | FILE CERTIFICATE OF SERVICE FOR SECOND MOTION FOR SALE DKT 151 | 1 | $200.00 | $200.00 |
| February 18, 2021 | MEETING WITH ATTORNEY VIVAS TO DISCUSS SALE AND PAYMENT TO CREDITOR LOPEZ ENTERPRISES | 2 | $200.00 | $400.00 |
| February 19, 2021 | REVIEW, PREPARE AND FILE MOTION FOR EXTENSION OF TIME TO DUE DILIGENCE WITHIN NINETY (90) DAYS PERIOD ON SALE DKT 153 | 1.5 | $200.00 | $300.00 |
| February 20, 2021 | MEETING WITH LETTY MARCHAND TO DISCUSS THE PAYMENT OF THE CLAIM | 1 | $200.00 | $200.00 |
| February 21, 2021 | MEETING WITH ATTORNEY MIKE KAPIN TO CLAIM RETURN OF DEPOSIT | 1.5 | $200.00 | $300.00 |
| February 22, 2021 | MEETING WITH DEBTORS TO DISCUSS ISSUES OF CASE AND PROGRESS ON SALE | 2 | $200.00 | $400.00 |
| February 23, 2021 | PAYMENT FEE OF MOTION TO SELL PROPERTY DKT 156 | 1 | $188.00 | $188.00 |
| February 24, 2021 | MEETING WITH ATTORNEY MIKE KAPIN TO DISCUSS CLAIM | 2 | $200.00 | $400.00 |
| February 25, 2021 | EXCHANGE OF DRAFTS TO DISCUSS POSSIBLE SETTLEMENT | 2.5 | $200.00 | $500.00 |
| March 3, 2021 | THE PARTIES REACH AN AGREEMENT AND WILL SUBMIT AN AGREEMENT | 2 | $200.00 | $400.00 |
| March 10, 2021 | MEETING WITH ATTORNEY VIVAS REQUESTIG PAYMENT OF LOPEZ ENTERPRISES | 1.5 | $200.00 | $300.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| March 11, 2021 | MEETING WITH DEBTORS TO DISCUSS PROGRESS OF SALE AND PAYMENTS TO CREDITORS | 2 | $200.00 | $400.00 |
| April 21, 2021 | MEETING WITH ATTORNEY KAPIN DISCUSSING DEBT AND BALANCE | 2 | $200.00 | $400.00 |
| April 23, 2021 | MEETING WITH ATTORNEY VIVAS TO DISCUSS REPAYMENT OF LOPEZ ENTERPRISES | 2 | $200.00 | $400.00 |
| April 25, 2021 | MEETING WITH LETTY MARCHAND FOR ACTUAL DEBT | 1 | $200.00 | $200.00 |
| April 28, 2021 | STIPULATION REACH BETWEEN WALISON CORP. AND DEBTOR. PREPARE DRAFT, READ, DISCUSS, REVIEW, PREPARE AND FILE AT COURT DKT 165 | 2 | $200.00 | $400.00 |
| April 29, 2021 | PREPARE AND CIRCULATE AGREEMENT DKT 166 | 1 | $200.00 | $200.00 |
| April 29, 2021 | MEETING WITH ATTORNEY VIVAS CLAIMING DEPOSIT | 2 | $200.00 | $400.00 |
| May 11, 2021 | MEETING WITH ATTORNEY VIVAS TO EXPLAIN TRANSACTION | 1 | $200.00 | $200.00 |
| May 17, 2021 | MEETING WITH ATTORNEY PUIG TO DISCUSS TAX CREDIT | 1.5 | $200.00 | $300.00 |
| May 18, 2021 | MEETING WITH ATTORNEY VIVAS TO DISCUSS MOTION FILED DKT 169 | 1 | $200.00 | $200.00 |
| May 24, 2021 | REVIEW AND FILE MORS FOR FEBRUARY, MARCH AND APRIL 2021 DKTS 172, 173 & 174 | 2 | $200.00 | $400.00 |
| May 24, 2021 | REVIEW, PREPARE AND FILE MOTION EXTENSION OF TIME FOR MOTION FOR PAYMENT TO LOPEZ ENTERPRISE DKT 175 | 1 | $200.00 | $200.00 |
| May 25, 2021 | MEETING WITH ATTORNEY LEDEE TO PAY CLAIM AS SETTLED | 2 | $200.00 | $400.00 |
| May 25, 2021 | PREPARE AND FILE MOTION TO MAKE PAYMENT TO CREDITOR SUC VAZQUEZ DKT 176 | 1 | $200.00 | $200.00 |
| May 25, 2021 | PREPARE AND FILE MOTION TO AUTHORIZE TO MAKE PAYMENT TO CREDITOR LOPEZ ENTERPRISE DKT 177 | 1 | $200.00 | $200.00 |
| May 26, 2021 | PREPARE AND CIRCULATE MOTION EXTENSION OF TIME DKT 179 | 1 | $200.00 | $200.00 |
| May 26, 2021 | PREPARE AND CIRCULATE MOTION AUTHORIZE PAYMENT TO LOPEZ ENTERPRISES DKT 180 | 1 | $200.00 | $200.00 |
| May 27, 2021 | PREPARE AND FILE AMENDED MOTION TO AUTHORIZE TO MAKE PAYMENT TO CREDITOR LOPEZ ENTERPRISE DKT 182 | 0.33 | $200.00 | $66.00 |
| May 27, 2021 | PREPARE AND CIRCULATE MOTION EXTENSION OF TIME DKT 184 | 1 | $200.00 | $200.00 |
| June 1, 2021 | MEETING WITH CHARLES ECKARDT TO DISCUSS POSSIBLE SALE TO THRID PARTY | 1 | $200.00 | $200.00 |
| June 1, 2021 | REVIEW, PREPARE AND FILE MOTION EXTENSION OF TIME TO SUBMIT AN AGREEMENT WITH LOPEZ ENTERPRISE DKT 187 | 1 | $200.00 | $200.00 |
| June 10, 2021 | MEETING WITH ATTORNEY VIVAS TO DISCUSS STATUS OF SALE | 1 | $200.00 | $200.00 |
| June 21, 2021 | PREPARE, REVIEW AND FILE MOR FOR MAY 2021 DKT 191 | 1 | $200.00 | $200.00 |
| June 23, 2021 | REVIEW SECOND MOTION REQUESTING DISMISSAL FILED BY LOPEZ ENTERPRISES DKT 192 | 1 | $200.00 | $200.00 |
| June 24, 2021 | MEETING WITH ATTORNEY VIVAS AS LEGAL COUNSEL OF LOPEZ ENTERPRISES TO DISCUSS OPTIONS OF PAYMENT | 2 | $200.00 | $400.00 |
| June 28, 2021 | MEETING WITH LOPEZ ENTERPRISES TO DISCUSS OPTIONS OF PAYMENT | 2 | $200.00 | $400.00 |
| July 1, 2021 | MEETING WITH ATTORNEY VIVAS FOR SECOND PAYMENT | 2 | $200.00 | $400.00 |
| July 7, 2021 | DISCUSS WAY OF PAYMENT OF LOPEZ DEBT | 1 | $200.00 | $200.00 |
| July 7, 2021 | PREPARE, REVIEW AND FILE REPLY TO LOPEZ ENTERPRISES POSITION DKT 198 | 2 | $200.00 | $400.00 |
| July 10, 2021 | MEETING WITH LOPEZ ENTERPRISES TO DISCUSS OPTIONS FOR REPAYMENT | 2 | $200.00 | $400.00 |
| July 15, 2021 | DISCUSS OPTIONS FOR THE REPAYMENT OF THE DEBTS WITH DIFFERENTS SCENARIOS WITH DEBTORS | 2 | $200.00 | $400.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| July 16, 2021 | REACH AN AGREEMENT WITH LOPEZ ENTERPRISES AND PREPARE DRAFT, REVIEW AND DISCUSS A STIPULATION TO ESTABLISH THE PAYMENT TO CREDITOR. PREPARE AND FILE AT COURT DKT 199 | 3 | $200.00 | $600.00 |
| July 25, 2021 | MEETING WITH DEBTOR TO DISCUSS THE SALE OF PROPERTY IN FLORIDA USA | 1.5 | $200.00 | $300.00 |
| July 27, 2021 | MEETRING WITH SANDRA CUEBAS, REALTOR IN FLORIDA, FOR THE SALE OF THE PROPERTY IN PALM COAST IN FLORIDA (TERMS AND CONDITIONS) | 2 | $200.00 | $400.00 |
| July 30, 2021 | PREPARE, DISCUSS, REVIEW AND FILE APPLICATION TO EMPLOY REALTOR DKT 202 | 2 | $200.00 | $400.00 |
| August 1, 2021 | MEETING WITH REALTOR TO DISCUSS STRATEGY FOR SALE OF PROPERTY IN FLORIDA USA | 2 | $200.00 | $400.00 |
| August 12, 2021 | PREPARE, REVIEW AND FILE MOTION TO SUPPLEMENT THE APPLICATION TO EMPLOY REALTOR DKT 206 | 1 | $200.00 | $200.00 |
| August 12, 2021 | PREPARE, REVIEW AND FILE MOTION IN COMPLIANCE WITH ORDER DKT 207 | 1 | $200.00 | $200.00 |
| August 15, 2021 | MEETING WITH REALTOR TO DISCUSS PROCESS OF SALE OF PROPERTY IN FLORIDA USA | 1 | $200.00 | $200.00 |
| August 17, 2021 | PREPARE, REVIEW AND FILE MOTION TO MAKE SALE: PROPERTY IN FLORIDA USA DKT 209 | 2 | $200.00 | $400.00 |
| August 17, 2021 | PREPARE AND FILE MOTION TO REDUCE NOTICE FOR SALE DKT 210 | 1 | $200.00 | $200.00 |
| August 18, 2021 | PAYMENT FEE OF MOTION TO SELL PROPERTY DKT 211 | 1 | $188.00 | $188.00 |
| August 18, 2021 | PREPARE, REVIEW AND FILE CERTIFICATE OF SERVICE ON MOTION FOR SALE DKT 212 | 1 | $200.00 | $200.00 |
| August 22, 2021 | MEETING WITH UNDERWRITER TO CLOSE SALE IN FLORIDA, SINCE THEY REQUEST 21 DAYS NOTICE FOR COURT TO BE FINAL | 3 | $200.00 | $600.00 |
| August 23, 2021 | MEETING WITH CHARLES ECKARDT TO DISCUSS POSSIBLE SALE OF GUAYAMA PROJECT | 2 | $200.00 | $400.00 |
| August 31, 2021 | PREPARE, REVIEW AND FILE MOR FOR JUNE 2021 DKT 219 | 1 | $200.00 | $200.00 |
| September 1, 2021 | REVIEW ORDER FROM THE COURT TO SUBMITTED ADDITIONAL DOCUMENTS FOR SALE ON FLORIDA DKT 220 | 2 | $200.00 | $400.00 |
| September 1, 2021 | PREPARE, REVIEW AND FILE MOR FOR JULY 2021 DKT 221 | 1 | $200.00 | $200.00 |
| September 7, 2021 | PREPARE, REVIEW AND FILE MOTION IN COMPLIANCE WITH ORDER FOR SALE OF PROPERTY IN FLORIDA DKT 223 | 2 | $200.00 | $400.00 |
| September 15, 2021 | RECEIVED ORDER AUTHORIZING TO MAKE PAYMENT AND DISCUSS THE SAME WITH LOPEZ ENTERPRISES DKT 224 | 1.5 | $200.00 | $300.00 |
| September 16, 2021 | MEETING WITH UNDERWRITER TO CLOSE SALE, CLOSE POSTPONE FOR 30 DAYS | 1.5 | $200.00 | $300.00 |
| September 22, 2021 | PREPARE, REVIEW AND FILE URGENT MOTION FOR SALE PROPERTY IN FLORIDA DKT 227 | 2 | $200.00 | $400.00 |
| September 23, 2021 | ORDER RECEIVED FROM COURT, BUT UNDERWRITERHOLD THE CLOSING UNTIL OCTOBER 2021. THIS INCLUDE MEETINGS WITH UNDERWRITERS AND REALTOR | 3 | $200.00 | $600.00 |
| October 3, 2021 | CLOSING ON SALE IN FLORIDA, PAYMENTS MADE IN ACCORDANCE TO COURT ORDER. AFTER CLOSING AND PAYMENTS, MADE PROCEEDS DEPOSIT ON DEBTORS ACCOUNT AND FUND USE TO PAY CREDITORS | 3 | $200.00 | $600.00 |
| November 2, 2021 | PREPARE, REVIEW AND FILE MOR FOR SEPTEMBER 2021 DKT 232 | 1 | $200.00 | $200.00 |
| November 3, 2021 | PREPARE, REVIEW AND FILE MOR FOR AUGUST 2021 DKT 233 | 1 | $200.00 | $200.00 |
| November 12, 2021 | MEETING WITH DEBTOR TO DISCUSS CRIM INCENTIVEAND COURT PERMIT | 1.5 | $200.00 | $300.00 |
| November 16, 2021 | PREPARE, REVIEW AND FILE MOTION ASKING PERMISSION TO PAY CRIM DKT 234 | 1.5 | $200.00 | $300.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| November 29, 2021 | PREPARE, REVIEW AND FILE MOR FOR SOCTOBER 2021 DKT 235 | 1 | $200.00 | $200.00 |
| December 6, 2021 | MEETING WITH DEBTOR TO DISCUSS COURT ORDER FOR CRIM DEBT | 1 | $200.00 | $200.00 |
| December 10, 2021 | MEETING WITH ATTORNEY MALAVE / ESTATE SANCHEZ RECIO | 0.5 | $200.00 | $100.00 |
| December 18, 2021 | MEETING WITH DEBTOR TO REVIEW DIFFERENT ISSUE PENDING OF CASE | 2 | $200.00 | $400.00 |
| December 20, 2021 | MEETING WITH BANCO POPULAR TO NEGOTIATE DEBT | 1 | $200.00 | $200.00 |
| January 13, 2022 | PREPARE, REVIEW AND FILE MOR FOR NOVEMBER 2021 DKT 238 | 1.5 | $200.00 | $300.00 |
| January 20, 2022 | MEETING WITH DEBTOR TO DISCUSS CLOSE OF CASE | 2 | $200.00 | $400.00 |
| January 28, 2022 | PREPARE, REVIEW AND FILE MOR FOR DECEMBER 2021 DKT 240 | 1.5 | $200.00 | $300.00 |
| February 15, 2022 | NEGOTIATE WITH BANCO POPULAR, PAYMENTS FOR POC #3, #4, #5 | 2 | $200.00 | $400.00 |
| February 16, 2022 | MEETING WITH DEBTOR TO DISCUSS PAYMENTS OF CREDITORS | 1.5 | $200.00 | $300.00 |
| February 23, 2022 | MEETING WITH CHARLES ECKARDT TO DISCUSS POSSIBILITY OF SALE | 1.5 | $200.00 | $300.00 |
| February 24, 2022 | MEETING WITH DEBTOR TO DISCUSS FUTURE OF CASE | 1.5 | $200.00 | $300.00 |
| March 4, 2022 | PREPARE, REVIEW AND FILE MOR FOR JANUARY 2022 DKT 241 | 1 | $200.00 | $200.00 |
| March 25, 2022 | ORDER FROM COURT TO SUBMIT FINAL DECREE AND DISCUSS WITH DEBTOR DKT 242 | 2 | $200.00 | $400.00 |
| March 25, 2022 | MEETING WITH ATTORNEY GALANES TO DISCUSS ESTATE SANCHEZ RECIO DEBT | 2 | $200.00 | $400.00 |
| March 26, 2022 | DISCUSS CHANGE IN FINAL PAYMENTS | 1.5 | $200.00 | $300.00 |
| March 28, 2022 | NEGOTIATE WITH INVESTOR IN ATLANTA, PROJECT OF GUAYAMA | 5 | $200.00 | $1,000.00 |
| April 1, 2022 | PREPARE, REVIEW AND FILE MOR FOR FEBRUARY 2022 DKT 244 | 1 | $200.00 | $200.00 |
| April 5, 2022 | EXCHANGING EMAIL TO NEGOTIATE THE DEBT WITH ATTORNEY GALANES | 1.5 | $200.00 | $300.00 |
| April 11, 2022 | MEETING WITH DEBTOR TO DISCUSS FINAL DECREE MOTION | 1.5 | $200.00 | $300.00 |
| April 12, 2022 | MEETING WITH DEBTOR TO DISCUSS INHERITANCE DEBT | 1 | $200.00 | $200.00 |
| April 15, 2022 | MEETING WITH DEBTOR TO DISCUSS SEVERAL ISSUES OF CASE AS TO SALE OF PROJECT AND FINAL LIQUIDATION OF CLAIM PAYMENT | 2 | $200.00 | $400.00 |
| April 18, 2022 | PREPARE, REVIEW AND FILE FINAL DECREE MOTION | 2 | $200.00 | $400.00 |
| April 18, 2022 | ALL MAILING EXPENSES | 1 | $59.01 | $59.01 |
| | SUB TOTAL | 262.83 | | $52,370.01 |

LESS: ADVANCE FEES PAID TO ATTORNEY ($5,000.00)

TOTAL DUE: **$47,370.01**

/s/ Victor Gratacos Diaz
Victor Gratacós Díaz, Esq.
Gratacós Law Firm, P.S.C.
P.O. Box 7571
Caguas, P.R. 00726