IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> ENRIQUE RODRIGUEZ NARVAEZ <br> MIRNA IRIS RIVERA ORTIZ <br><br> xx-xx-7358 <br> xx-xx-8735 <br><br> Debtor(s) | CASE NO. 18-02044-EAG11 <br> Chapter 11 <br><br><br><br><br><br> FILED & ENTERED ON JUN/30/2022 |

FINAL DECREE AND CERTIFICATE OF CONSUMMATION

The Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on October 26, 2018, and the Court having entered an Order Confirming Plan on March 25, 2019, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and Notice of Entry for Final Decree and Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the affidavits on file and the whole record herein that:

1. The transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred;

2. The Debtor or the Successor to the Debtor has assumed the operation of the business and management of all or substantially all of the property dealt with by the Plan;

3. The deposit required by the plan has been distributed;

4. The payments under the plan have commenced; and

5. All contested matters and adversary proceedings have been resolved.

IT IS ORDERED THAT:

1. The Plan has been substantially consummated; and

2. The Estate is hereby closed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of June, 2022.

*Edward A. Godoy*
United States Bankruptcy Judge